UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
VERONICA BROWN,  

                Plaintiff,

    -against-                                 **DEMAND FOR JURY**

ST. KITTS MARRIOTT RESORT AND THE
ROYAL BEACH CASINO and MARRIOTT
INTERNATIONAL, INC.,

                Defendants.
---------------------------------------------------------X

    PLEASE TAKE NOTICE, that the Defendant MARRIOTT INTERNATIONAL, INC., hereby demands a trial by jury.

Dated: New York, New York
       October 9, 2014

                          WHITE FLEISCHNER & FINO, LLP

                          By: _____
                               Daniel M. Stewart (DS 7989)
                          Attorneys for Defendant
                          MARRIOTT INTERNATIONAL, INC.
                          61 Broadway - 18th Floor
                          New York, New York 10006
                          (212) 487-9700
                          Our File No.: 105-18017