UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK    CV 14    5960

————————————————————————————X

VERONICA BROWN,                          Docket No.:

                    Plaintiff,

        -against-                              **RULE 7.1
                                               STATEMENT**

ST. KITTS MARRIOTT RESORT AND THE
ROYAL BEACH CASINO and MARRIOTT
INTERNATIONAL, INC.,

                    Defendants.

————————————————————————————X

Defendant-Petitioner MARRIOTT INTERNATIONAL, INC., by its attorneys,

WHITE, FLEISCHNER & FINO, LLP, as and for its Rule 7.1 Statement, hereby alleges as

follows upon information and belief:

    1.    MARRIOTT INTERNATIONAL, INC. is a Delaware Corporation, and a

publicly-traded parent corporation.   T. Rowe Price Associates Inc., owns 12.8% of

MARRIOTT INTERNATIONAL, INC.'S stock

    2.    Upon information and belief, the named defendant "ST. KITTS MARRIOTT

RESORT AND THE ROYAL BEACH CASINO" is a non-entity.

Dated: New York, New York
       October 9, 2014

                                WHITE FLEISCHNER & FINO, LLP

                                By: _____
                                    Daniel M. Stewart (DS 7989)
                                Attorneys for Defendant
                                MARRIOTT INTERNATIONAL, INC.
                                61 Broadway - 18th Floor
                                New York, New York 10006
                                (212) 487-9700
                                Our File No.: 105-18017