## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        )
                         )  §:
COUNTY OF NEW YORK       )

MARIA, being duly sworn, deposes that she is not a party in this action; that she resides in Westchester County, New York, and that she is over the age of 18 years.

That on the 6th day of March, 2015, she served the annexed **NOTICE FOR DISCOVERY AND INSPECTION** upon:

TO:   Daniel M. Stewart, Esq.
      White, Fleischner & Fino, LLP.
      Attorneys for Defendant
      Marriott International Inc.
      61 Broadway
      New York, NY 10006
      (212) 487-9700
      File No: 105-18017

by depositing true copies thereof in an official depository maintained by the U.S. Postal Service, enclosed in securely closed postpaid wrappers addressed to the named attorneys and parties listed above; that being the address designated by them as ascertained by deponent from the file maintained in the office of the attorneys for the defendant herein.

_____
MARIA CHAVEZ

Sworn to before me this
6th day of March, 2015

_____
Notary Public

MITCHELL G. SHAPIRO
Notary Public, State of New York
No. 31-4733452
Qualified in New York County
Commission Expires March 30, 20__