UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VERONICA BROWN,

                              Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                              Defendant.
-----------------------------------------------------------X

Index No.: 14-CV-5960 (SLT)(MDG)

**AMENDED SUMMONS**

Plaintiff designates
Kings County as
place of trial

The basis of venue is:
Plaintiff's residence.

Plaintiff resides at:
463 East 56th Street
Brooklyn, NY 11203

To the above-named Defendant:

     YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your Answer, or, if the complaint is not served with this summons, to serve a Notice of Appearance, on the Plaintiff's Attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
           May 12, 2015

                                                  SALZMAN & WINER, LLP.
                                                  Attorneys for Plaintiff
                                                  305 Broadway, Suite 1204
                                                  New York, New York 10007
                                                  Tel.: (212) 233-6550

                                                  By: _____
                                                       Harvey A. Winer, Esq.

<u>Defendant's Address:</u>

Marriott International Inc.
c/o White, Fleischner & Fino, LLP.
61 Broadway
New York, NY 10006