# THE LAW OFFICES OF
## SALZMAN & WINER, LLP.
### 305 BROADWAY, SUITE 1204
### NEW YORK, NY 10007

ALAN CHESTER SALZMAN
HARVEY WINER
hwiner@salzmanwiner.com

TEL: (212) 233-6550
FAX: (212) 233-6714

MITCHELL G. SHAPIRO
mshapiro@salzmanwiner.com

June 8, 2015

**VIA ECF**

Justice Sandra L. Townes, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: Brown v. Marriott International, Inc.
> Docket No.: 14 CV 5960 (SLT) (MDG)
> Handling Attorneys: Alan C. Salzman, Mitchell G. Shapiro and Harvey Winer

Dear Judge Townes:

We represent the Plaintiff; defendant has filed a second request for a pre-motion conference on 6/3/15 (23).   This is our response. Defendant made an earlier similar request dated 2/17/15(7) which you denied without prejudice (15) on 5/7/15, with leave to re-file after we filed our amended complaint, which we did on 5/12/15(16). Defendant now also attacks the sufficiency of the amended complaint (FRCP 12(b)(6)—failure to state a claim). Previously he only sought leave to move to dismiss on forum non conveniens and inability to join indispensable parties (e.g. the St. Kitts entities).

Initially we bring to your attention that currently we have pending before Magistrate Go an application to compel defendant to provide discovery which was just filed on 6/8/15(25). A 6/22/15 conference is scheduled, at which time it is anticipated that Magistrate Go will rule on disclosure. The significance of this discovery application to the Defendant's renewed request for a pre motion conference will be more fully outlined below.

## FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Rule 8 (FRCP) "General Rules of Pleading" Section (a)(2)— only require a "short and plain statement of the claim showing that the pleader is entitled to relief". This has come to be known as "notice" pleading— all that is required is giving defendant notice of the claims and their grounds. While the statute has not changed, recent Supreme Court cases, including Ashcroft v. Iqbal, 556 US 662 (2009) cited by defense, require that the claims be "plausible". Ashcroft, supra however was a civil rights suit brought by a Federal detainee against the government regarding

treatment at a maximum housing unit, far afield from a bodily injury claim suffered as a result of defendants negligence.

One Federal commentator in analyzing Ashcroft states "trial courts may not use Rule 12(b)(6) to screen weak (but plausible) cases at the pleading stage: "the issue is not whether a plaintiff will ultimately prevail but whether the claimant is entitled to offer evidence to support the claims" Steven S Gensler WEST publishing  Rules and Commentary FRCP 2012 Rule 12 Pages 231-2 (internal citations omitted). Our case on the other hand, is not abstruse but a claim for bodily injury based on a slip and fall in plaintiff's room at the St. Kitt's Marriott Hotel, due to the negligent maintenance and repair of a leaking ceiling air conditioner and vent. The same commentator reminds us that "The court must accept the factual allegations in the complaints as true and construe all facts in favor of the plaintiff" Gensler supra page 232. In this case at bar, defense clearly has been apprised of the nature of the claims.

And while plaintiff contends the amended complaint is adequate, if this court disagrees, it is urged that leave to amend again be permitted or that any dismissal be without prejudice (the three year negligence statute will not expire until July 2016).

However Gensler supra also points on out on page 233 that if discovery would tend to support the pleadings, this type of dismissal application be deferred pending receipt of the discovery (now pending before Magistrate Go), especially "where the information of wrongdoing typically lies in the defendant's hands".

Defendant cites DeJesus v. Sears, Roebuck, 87 F3d 65 for the proposition that the "agency" claims were inadequate but that case, a RICO matter, sounded in Fraud—invoking the higher pleading standards of Rule 9(b)—inapplicable to mere agency allegations. Defendant cites Neubauer v. Eva-Health, 158 FRD 281, also as to the agency/control issues. However again that was a SEC fraud case. But that case helps plaintiff in that it held that allegations of control need not even be made with particularity, Coraggio v. Time Magazine, 1995 US Dist Lexis 5399, also cited by defendant as to corporate control, was a civil rights case, and concerned standards promulgated by the NLRB as to when two businesses may be considered as a single employer.

As to the estoppel claims, defendant states in his 6/2/15 letter (23) that the Marriott website specific to St. Kitts indicates that "Hotels shown on Marriott.com may be operated under a license from Marriott International Inc. or one of its affiliates" (page 2 Document 23). We are striving to show, as we have alleged, and through the discovery we have and seek (see pending application to Magistrate Go) that defendant MII should be liable for this negligence case since MII induced plaintiff (and all its customers) to select the St. Kitts Marriott as their vacation location, by leading them to believe the defendant would stand behind the St. Kitts Hotel if something went awry. MII could have clearly disclaimed responsibility as they have done with their other entities (**Exhibit "A"**) but here they merely announced the meaningless and ambiguous statement that the hotel "may be" operated under a license from MII "or one of its affiliates". In Exhibit "A" Marriott International Inc. seeks to distinguish itself from its own Marriott Vacation Club by using the following language "Marriott Vacation Club International and the programs and products provided under the Marriott Vacation Club Brand are not owned, developed or sold by Marriott International, Inc." Furthermore the MII, lists the St. Kitt's Marriott as one of its 500 worldwide locations (**Exhibit "B"**). Defendant asks how plaintiff was

prejudiced-- she is at risk now for being denied or unable to receive adequate compensation for injuries sustained due to the negligence of Defendant.

In addition, as evidenced by pamphlets, bills, accident report, and pictures (**Exhibit "C"**) obtained at the St. Kitts Marriott, the exhibits attached and a stay at the St. Kitts Marriott Hotel, offers not a shred of evidence that the Hotel is anything but an owned, operated, and managed Marriott International Hotel.

Defendant also challenges the Fraud allegations. FRCP Rule 9(b) requires that fraud be alleged "with particularity". We have done so; if the court disagrees, "violations of Rule 9(b) are pleading violations—not merits deficiencies—the trial court ordinarily should give the plaintiff leave to amend ..." Genlser supra at page 154. Furthermore, responses to the discovery demands should be received. Defendant points out that plaintiff must establish damage caused by her reliance on the fraudulent statements. Defendant begs the question by asserting that plaintiff will have an adequate alternative forum in St. Kitts. The court may take judicial notice that the costs associated with litigating in St. Kitts will prejudice this prosecution. As plaintiff required a horrific cervical fusion operation between cervical level C3-C4, C4-C5, C5-C6, and C6-C7 which necessitated the implementation of screws, rods and plates, the cost of bringing medical experts alone to St. Kitts, if available, would extinguish her case. Furthermore her damages would be limited compared to Brooklyn when one considers the severity of her surgery and its consequences.

Defendant cites Sevison v. Cruise Ship Tours, 1997 US Dist Lexis 12728, a maritime case, for the proposition that St. Kitts provides an adequate forum, but the forum non conveniens motion was denied in that case and American Law applied although the accident took place in St. Kitts. The defendant has the "almost impossible" burden to show when the plaintiff is American and the forum foreign, that plaintiff's choice is inconvenient. Sevison supra page 7 citing other cases. Sevison supra goes on to support plaintiff in the case at bar. Citing Neeley v. Club Med, 63 F3d 166, where an American Citizen diving instructor was injured in St. Lucia, the Court noted the majority of the tourists were American (same as the case at bar), and that defendants "continual and quite substantial commercial invitation of American tourists ... implicates interests in the United States" Sevison supra page 28 (same as case at bar) and citing Neeley supra, that "the United States has a great interest in assuring adequate protection for the life and health of Americans who are solicited in the United States to vacation at Club Meds or other foreign spots" Sevison supra page 29 (same as case at bar). Defendant should not be allowed to make a forum non conveniens motion. The cases cited by Defendant are esoteric in nature and bear no factual resemblance to the Brown case demonstrating the inadequacy of defendant's position.

## INDISPENSABLE PARTIES

Defendant asserts he cannot implead the St. Kitts entities as they are not subject to this court's jurisdiction; however he fails to reveal to the court that defendant Marriott International Inc. (MII) and the St. Kitts entities are all named insureds on the same American Home Assurance Co. liability policy (**Exhibit "D"**). This policy was one of the few items defendant voluntarily disclosed. A New York State insurance company has insured everyone for the subject risk (personal injury)—and no defense attorney would ever implead insureds from the same policy as his own client. The real party in interest is the American Home Insurance Company.

Unabashedly and with malice aforethought, Marriott International Inc., has entered into a worldwide deceit that ensnared many as well as the plaintiff herein. Call it stacking the deck, dealing from the bottom or heads I win, tails you lose, the Marriott through falsehood and disguise is seeking to deny Ms. Brown her rightful claim to seek damages for the significant injury she suffered by having her case heard in the United States District Court. There is no question that MII has profited from Ms. Brown's stay at the St. Kitt's Marriott Resort and Casino, otherwise their name would not appear. Their name invokes reliability, experience and confidence to anyone staying at a Marriott. Its name brings business, brings a higher room rate, and brings higher expectation than local hotels not bearing the Marriott name.

It is also painfully obvious that defendant's position in seeking to transfer this case to St. Kitts is all about money. The parties are well aware that a transfer of this case would essentially deny plaintiff her day in Court. On the other hand, due to the terrible injury suffered by plaintiff and the availability of her witnesses here, the plaintiff if successful could receive a substantial sum of money for her injuries. Profit, greed, and lack of transparency should not prevail. The innocent little guy should not be crushed by giant corporate titans.

In the matter at hand Marriott International Inc., has benefited from its name and reputation. However, when Ms. Brown sustained her injury at its Hotel, it shyly casts its eyes downward and without remorse disclaims responsibility and seeks to remove her case to St. Kitts. This is a blatant example of Marriott's attempt to use the Court in furtherance of its nefarious scheme and deny plaintiff any chance of recovery for her injuries.

This is precisely why our fifth cause of action for punitive damages should stand. The officers and directors of defendant MII surely have contrived, developed, endorsed and approved of this bait and switch scheme. Lure tourists to St. Kitts or other Marriott International locations profit from their booking with Hotels with the Marriott name—then abandon them when they sustain injury due to the Hotel's negligence.

Very truly yours,
SALZMAN & WINER, LLP.

Mitchell G. Shapiro, Esq.

MGS/mc
Encl.

cc:    Daniel M. Stewart
       WHITE FLEISCHNER & FINO, LLP.
       Attorneys for Defendant
       61 Broadway
       New York, NY 10006

# EXHIBIT "A"

Careers

Sweepstakes

Contact Us

State & Legal Disclosures

Privacy Policy

Terms of Use


Owner Login >

My-VacationClub.com has not yet been optimized for mobile devices.



MDC-11-192M

Marriott Vacation Club International and the programs and products provided under the Marriott Vacation Club brand are not owned, developed, or sold by Marriott International, Inc. Marriott Vacation Club International uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

This is neither an offer to sell timeshare nor a solicitation to buy timeshare to residents in jurisdictions in which registration requirements have not been fulfilled, including any Member State of the European Union, and your eligibility to purchase may depend upon your residency. All requests originating in Member States of the European Union will not be carried out by Marriott Vacation Club. Visit MarriottVacationClub.eu for Marriott Vacation Club products available for purchase by residents of the European Union.

⌂ THIS ADVERTISING MATERIAL IS BEING USED FOR THE PURPOSE OF SOLICITING THE SALE OF TIMESHARE PERIODS.

Images depicted may be developer's conceptual renderings and the description above may include features, furnishings and amenities that are proposed and subject to change at any time.

© 2010–2015, Marriott Vacation Club International. All rights reserved.

This is neither an offer to sell nor a solicitation to buy to residents in jurisdictions in which registration requirements have not been fulfilled, and your eligibility to purchase will depend upon the jurisdiction of residency of the purchaser.

**THIS ADVERTISING MATERIAL IS BEING USED FOR THE PURPOSE OF SOLICITING SALES OF TIMESHARE PERIODS.**

Marriott Vacation Club International and the programs and products provided under the Marriott Vacation Club brand are not owned, developed, or sold by Marriott International, Inc. Marriott Vacation Club International uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

All Resorts | Corporate Info | News Room | Contact Us
Careers | Help a Child! | Privacy Policy | Terms of Use | State and Legal Disclosures

Images depicted may be developer's conceptual renderings and the description above may include features, furnishings and amenities that are proposed and subject to change at any time.

Marriott International, Inc., Marriott Vacation Club International and their respective affiliates and subsidiaries, make no warranty, express or implied, as to the condition, capacity, performance or any other aspect of the activities, events, or service providers listed herein. No inquiry has been made into the activities or events, or the qualifications or the quality of services offered by the providers. Do not consider this an endorsement of or recommendation for any of the activities, events, or providers. Features, furnishings and amenities may be proposed and are subject to change.

MDC-12-122

© Copyright 2007 - 2015, Marriott Vacation Club International. All rights reserved.



# JOIN THE CLUB

**Request ownership information**

**Family memories.** The kind that last a lifetime. The kind you build on year after year in familiar locations or in brand new destinations. That's the benefit of timeshare ownership and what Marriott Vacation Club has provided for more than 30 years. All with a simple points-based system that makes planning your vacation as easy as dreaming about your vacation. Join the club and join the fun.

**More reasons to join Marriott Vacation Club**

### Destinations & Experiences

From resorts, to cruises, to guided tours. Experience it all when you become an owner in the Marriott Vacation Club Destinations™ ownership program, which gives you access to more than 50 Marriott Vacation Club locations plus thousands of Marriott hotels worldwide.

## HAWAII

## EUROPE





## CARIBBEAN

## FLORIDA

Log In ›



# Welcome Marriott Vacation Club Owners
Palm Desert, California

**Owners, please note that this website is viewed best using the Firefox browser.**

## *Points-Based Usage Option*

*New! European Weeks are also now eligible for enrollment!*

Our points-based enhancement that offers you:

- *Flexible travel & booking options*
- *More resort & destination choices*
- *Simplified fee structure*

Owners, log in to learn more.



## Owner Login

User Name

> Forgot Password or User Name

Password

> Create a New Account

 LOG IN     ☐ Remember Me ❓



### Not an Owner Yet?

Call today to learn about the exciting benefits of Marriott Vacation Club® ownership. See for yourself how affordable and rewarding ownership can be! Click here or call 800-527-1589.



**GRAND RESIDENCE CLUB**
Lake Tahoe Owners, please click here to log in

### Help a Child!

Click here to donate your Marriott Rewards® Points to Children's Miracle Network Hospitals.

**Children's Miracle Network Hospitals**

Asia Pacific Members, please click here to login

MDC-10-084

 like us      follow us

*EXHIBIT "B"*

☰ MENU

English–US & Canada 🇺🇸🇨🇦

FIND & RESERVE ▾
Hotels, Deals & More

Sign in to My Account

| Email or Rewards # | Password | **Sign In**

Not a member?
**Join Now**

Hotels >

## Marriott & ResortsHotels

Like {50}  8+ Share  0   Tweet  1



## We found **522 hotels**

Get our best available rate on Marriott.com. See brand exclusions and guarantee terms.

**UNITED STATES**
See all hotels in the United States

| | | |
|---|---|---|
| Alabama (7) | Alaska (1) | Arizona (6) |
| Arkansas (1) | California (42) | Colorado (10) |
| Connecticut (6) | District of Columbia (4) | Florida (29) |
| Georgia (14) | Hawaii (4) | Illinois (15) |
| Indiana (3) | Iowa (4) | Kansas (2) |
| Kentucky (5) | Louisiana (4) | Maine (1) |
| Maryland (9) | Massachusetts (8) | Michigan (9) |
| Minnesota (6) | Mississippi (1) | Missouri (6) |
| Nebraska (2) | Nevada (1) | New Hampshire (1) |
| New Jersey (7) | New Mexico (2) | New York (14) |
| North Carolina (9) | Ohio (8) | Oklahoma (2) |
| Oregon (2) | Pennsylvania (7) | Rhode Island (2) |
| South Carolina (6) | Tennessee (6) | Texas (26) |
| Utah (5) | Virginia (15) | Washington (4) |
| West Virginia (1) | Wisconsin (4) | |

**AFRICA**
See all hotels in Africa

| | | |
|---|---|---|
| Algeria (1) | Egypt (3) | Rwanda (1) |

**ASIA**
See all hotels in Asia

| | | |
|---|---|---|
| China (23) | India (5) | Japan (4) |
| Kazakhstan (1) | Malaysia (3) | Pakistan (2) |
| Philippines (2) | Singapore (1) | Taiwan (1) |

### Filter Results

⊖ **BRANDS**

☑ Marriott Hotels & Resorts (522)

☐ Gaylord Hotels (5)

☐ The Ritz-Carlton (92)

☐ JW Marriott (80)

☐ EDITION Hotels (4)

☐ Autograph Collection (93)

☐ Renaissance Hotels (165)

☐ AC Hotels (84)

☐ Courtyard (1042)

☐ Protea Hotels – NEW! (108)

☐ Fairfield Inn & Suites (770)

☐ MOXY Hotels – NEW! (1)

☐ SpringHill Suites (340)

☐ Residence Inn (707)

☐ TownePlace Suites (269)

☐ Marriott Executive Apartments (26)

☐ Marriott Vacation Club (58)

☐ Conference Centers (7)

⊖ **AMENITIES**

☐ High-speed Internet (519)

☐ Free high speed Internet (74)

|  |  |  |  |
|---|---|---|---|
|  | Thailand (3) |  | ☐ Free breakfast (6) |

☐ Fitness center (511)

**AUSTRALIA & PACIFIC ISLANDS**   Australia (4)
See all hotels in Australia &
Pacific Islands

☐ Business center (494)

☐ Restaurant on-site (512)

☐ Pool (460)

☐ Kitchen/kitchenette (60)

☐ Plug in Panel (305)

**CANADA**
See all hotels in Canada

☐ Pet friendly (85)

☐ Room service (516)

☐ New Lobby (169)

⊕ **HOTEL TYPE**

**CARIBBEAN**          Aruba (1)          Cayman Islands (1)    Curacao (1)
See all hotels in the Caribbean

Haiti (1)          Mexico (10)          Puerto Rico (1)

St. Kitts and Nevis (1)   Venezuela (1)          Virgin Islands (US) (1)

⊕ **TRANSPORTATION**

⊕ **EVENTS**

⊕ **ACTIVITIES**

⊕ **HOTEL REWARDS CATEGORY**

**CENTRAL AMERICA**        Costa Rica (2)        Honduras (1)          Panama (1)
See all hotels in Central America

**EUROPE**          Armenia (2)          Austria (1)          Belarus (1)
See all hotels in Europe

Belgium (2)          Czech Republic (1)    Denmark (1)

France (6)          Georgia (1)          Germany (9)

Hungary (1)          Italy (3)          Netherlands (1)

Poland (1)          Portugal (2)          Russia (6)

Spain (2)          Switzerland (1)        United Kingdom (50)

**MEXICO**
See all hotels in Mexico

**MIDDLE EAST**        Jordan (3)          Oman (1)          Qatar (2)
See all hotels in the Middle East

Saudi Arabia (4)        Turkey (2)          United Arab Emirates
(2)

See St. Kitts and Nevis Marriott Hotels & Resorts hotels by Marriott
Case 1:14-cv-05900-NG-RLM Document 27 Filed 06/10/15 Page 13 of 27 PageID #: 361
Page 1 of 2

☰ MENU

English–US & Canada 🇺🇸🇨🇦

FIND & RESERVE ▾
Hotels, Deals & More

Sign in to My Account
| Email or Rewards # | Password | **Sign In**

Not a member?
Join Now

Hotels > St. Kitts and Nevis >

## St. Kitts And Nevis Marriott & ResortsHotel

Like ☐ 0   8+ Share ☐ 0   Tweet ☐ 0

### We found **1 hotel** in **St. Kitts and Nevis**

Get our best available rate on Marriott.com. See brand exclusions and guarantee terms.

List ☰   Gallery ▦   Map 📍

Sort by
City ▾

**St. Kitts Marriott Resort &
The Royal Beach Casino**

From
**189** USD/night
**View Rates**

The Marriott St. Kitts Resort &
Royal Beach Casino captivates
you the moment you see it,
immersing you in the culture and
atmosphere of the most romantic
of Caribbean islands. Our St. Kitts
hotel is an unparalleled island
vacation experience.

- High-speed Internet
- Free high speed Internet
- Free breakfast
- Fitness center
- Business center
- Restaurant on-site
- Pool
- Kitchen/kitchenette
- Plug in Panel
- Pet friendly
- Room service

View Hotel Website
View Photo Gallery

**Top Destinations**

New York City
Las Vegas
London
San Francisco
Chicago
Los Angeles

**Filter by Hotel Preferences**

Pet friendly
New Hotels
Kitchen/Kitchenette
Resort
Extended Stay
Golf

### Edit Your Search

Check-in
[                    ] 📅

Check-out
[                    ] 📅

☐ My dates are flexible

Rooms
1   2   3   4+

Guests/room
1   2   3   4+

⊕ REWARDS NUMBER
☐ Use Rewards points   What's This? 🖵

Rewards number

⊕ SPECIAL RATES

Update

### Filter Results

⊕ CITY

⊖ BRANDS

☑ Marriott Hotels & Resorts (1)

☐ Marriott Vacation Club (1)

Case 1:14-cv-03960-NG-RLM   Document 27   Filed 06/10/15   Page 14 of 27 PageID #: 262

   

MENU

English–US & Canada

FIND & RESERVE ▾
Hotels, Deals & More

Sign in to My Account
Email or Rewards #    Password    Sign In

Not a member?
Join Now

# Marriott Brands



Countries. 19 Hotel Brands

## COUNTLESS WAYS TO SAY WELCOME.

From luxurious resorts to urban retreats, bold boutiques to spacious suites, there's a Marriott® hotel brand as unique as the reasons you travel. The choice is all yours ... the pleasure is all ours.

        

       





## The Ritz-Carlton

An enduring symbol of sophistication, style and legendary service, The Ritz-Carlton creates exceptional luxury experiences at more than 80 hotel and resort locations around the globe. The memories created by the ladies and gentlemen of The Ritz-Carlton stay with you long after you leave. Hotel directory

Exclusive luxury partner of Marriott Rewards®



## BVLGARI® Hotel & Resorts

This is the leading luxury hospitality collection in the world. It is comprised of a few select properties in major cosmopolitan cities and luxury resort destinations. Each location makes a strong reference to the local culture while retaining a distinctly Italian contemporary luxury feel.

BVLGARI does not participate in Marriott Rewards®.



## EDITION®

Ian Schrager's refreshing collection of one-of-a-kind modern luxury hotels, created in collaboration with Marriott, is an evolutionary response to the desire for a sophisticated experience from the guest with a contemporary lifestyle. The Istanbul EDITION is the brand's debut property, followed by the recent premiere of The London EDITION. Planned openings are also scheduled in gateway cities such as Miami Beach, New York, Abu Dhabi and several other cities. Hotel directory.

Proudly participates in Marriott Rewards®



Marriott International | Marriott brands



## Marriott Hotels®

Today, Marriott Hotels celebrate the travelers of the world. Our mission is to host you brilliantly... to make your every event and stay with us unforgettable and effortless. From next gen meeting spaces to tech-enhanced guest service and beyond, we offer 500 locations worldwide to help you connect, relax and recharge — wherever it is your travels take you. Hotel directory

Proudly participates in Marriott Rewards®



## Delta Hotels and Resorts

One of North America's leading four-star brands, Delta Hotels and Resorts offers hotels in gateway cities such as Toronto and Edmonton, as well as one-of-a-kind resorts in destinations including Banff and Whistler. Whether you're traveling for business or play, modern and timeless design, personable service and well-appointed amenities are always included.

We'll soon be welcoming Delta Hotels and Resorts into Marriott Rewards®. Check back for details on when you can earn and use points with our newest brand.



## Marriott Executive Apartments®

*EXHIBIT "C"*





$T. KITTS...A SWEET DISCOVERY



**MARRIOTT** RESORT
ST KITTS
THE ROYAL BEACH CASINO



# RESORT MAP &
# RESTAURANT GUIDE

858 Frigate Bay Road | Frigate Bay | St. Kitts | West Indies
Tel: 1.869.466.1200 | Fax: 1.869.466.1201
www.stkittsmarriott.com



MARRIOTT [RESORT]
ST KITTS
THE ROYAL BEACH CASINO

**GARDEN VILLAS**

| (1) | Pembroke House | (2) | Basseterre House | (3) | Brimstone House |
| (4) | Turtle Bay House | (5) | Trinity House | (6) | Palmetto House |
| (7) | Westbury House | (8) | Jessup House | (9) | Camp Bay House |
| (10) | Canada House | (11) | Tabernacle House | (12) | Newton House |
| (13) | Cockleshell House | (16) | Caribe House | (17) | Cable Bay House |

**MAIN BUILDING KEY**

● Ground Floor
● 2nd Floor
● 3rd Floor



# ST. KITTS
RESORT
& THE ROYAL BEACH CASINO

**Marriott.**

Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INVOICE

Company Name :

| | | |
|---|---|---|
| Room No. | : | 12215 |
| Arrival | : | 17/07/13 |
| Departure | : | 24/07/13 |
| Page No. | : | 1 of 6 |
| Folio / Inv. | : | 169614 / |
| Conf. No. | : | 81838062 |
| User ID | : | KTAYL097 |
| Cashier No. | : | 1021 |

Thank you for staying with us                24/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 20/07/13 | Room Service | 10.87 | |
| | Room# 00455 : CHECK# 345 | | |
| 20/07/13 | Room Charge | 84.00 | |
| 20/07/13 | Island Enhancement Tax | 1.68 | |
| 20/07/13 | Service Charge | 10.50 | |
| 20/07/13 | VAT 10% | 8.40 | |
| 21/07/13 | Calypso Restaurant | 59.82 | |
| | Room# 12215 : CHECK# 1038 | | |
| 21/07/13 | Emerald Mist Spa | 49.00 | |
| | Room# 12215 : CHECK# 0000 | | |
| 21/07/13 | Room Charge | 84.00 | |
| 21/07/13 | Island Enhancement Tax | 1.68 | |
| 21/07/13 | Service Charge | 10.50 | |
| 21/07/13 | VAT 10% | 8.40 | |
| 22/07/13 | Calypso Cafe | 8.02 | |
| | Room# 12215 : CHECK# 2161 | | |
| 22/07/13 | S&P Engineer Hosp | | 72.06 |
| | Guest had leak in room and fell, credit was done for taxi fees and hospital and band aid | | |
| 22/07/13 | Bohemia | 12.31 | |
| | Room# 12215 : CHECK# 6956 | | |
| 22/07/13 | Room Charge | 84.00 | |
| 22/07/13 | Island Enhancement Tax | 1.68 | |
| 22/07/13 | Service Charge | 10.50 | |
| 22/07/13 | VAT 10% | 8.40 | |
| 23/07/13 | Emerald Mist Spa | 144.66 | |
| | Room# 12215 : CHECK# 0000 | | |

# ST. KITTS
### RESORT
### & THE ROYAL BEACH CASINO

**Marriott**

Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INVOICE

Company Name    :

| | | |
|---|---|---|
| Room No. | : | 12215 |
| Arrival | : | 17/07/13 |
| Departure | : | 24/07/13 |
| Page No. | : | 2 of 6 |
| Folio / Inv. | : | 169614 / |
| Conf. No. | : | 81838062 |
| User ID | : | KTAYL097 |
| Cashier No. | : | 1021 |

Thank you for staying with us                                    24/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 23/07/13 | Room Charge | 84.00 | |
| 23/07/13 | Island Enhancement Tax | 1.68 | |
| 23/07/13 | Service Charge | 10.50 | |
| 23/07/13 | VAT 10% | 8.40 | |
| 24/07/13 | Master Card / Euro Card | | 630.94 |
| | XXXXXXXXXXXX9781          XX/XX | | |
| | | 703.00 | 703.00 |
| | Balance | | 0.00 USD |

**Signature** _____

Should you have any questions concerning your account, please contact our Front Office Manager at
mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used
by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the
country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201

*St. Kitts Marriott Resort*

# Voluntary Statement:

**With the understanding that I'm not obligated to give a statement and that I might seek legal advice at any time before any statement or declaration is given.**

| | |
|---|---|
| **Full Name:** Mrs. Mr. Ms. (Please Print Name:) Veronica Brown - Mulraney | **D.O.B** (mm/dd/yyyy) 4/9/56 |

**Address:** 463 East 56 St

**City:** Brooklyn NY

**Country:** USA

**State/Province:** NY

| **ZIP:** 11203 | **Email:** Buffie3@verizon.N | **Date:** (mm/dd/yyyy) 9/18/13 |
|---|---|---|

**Phone Number/s:** 718 629-1213 - 917 584-9432

| **Work Address:** (Associate Department:) DOE 5400 Tilden Ave | **Job Title:** Registered Nurse |
|---|---|

**To the best of your ability, describe the incident. Please include all information.**

I got up to walk to the bathroom
I slipped and fell in water
near the bathroom door. There
was a leaking air AC.
Vent. in the room

**I have reviewed this statement and believe it is true and accurate to the best of my recollection.**

| **Signature:** Veronica | **Witness:** Loss Prevention Judith Gomez Caldwell |
|---|---|

| **Associate:** | **Guest:** | **witness:** | **Other:** | **Report code:** (office use only): 13-009 |
|---|---|---|---|---|

**If this statement continues please specify the total at the end. Copy 1 of 1**



*EXHIBIT "D"*

FOREIGN COMMERCIAL GENERAL LIABILITY INSURANCE
OCCURRENCE-BASED COVERAGE

**DECLARATIONS**

American Home Assurance Company
Executive Offices:
175 Water St. New York, NY 10038

POLICY NUMBER: 03-1742

RENEWAL OF POLICY NO.: 03-1584

| ITEM 1. | NAMED INSURED: | NAMED INSURED'S ADDRESS (Including country): |
|---|---|---|

Royal St. Kitts Golf Club, St. Kitts Marriott Resort & The Royal Beach Casino, Marriott St. Kitts Beach Club and Marriott International, Inc.

Frigate Bay Road, Frigate Bay, St. Kitts, West Indies, St. Kitts & Nevis

☐ Individual    ☐ Partnership

☒ Corporation    ☐ Joint Venture

☐ Other: _____

**BUSINESS DESCRIPTION OF THE NAMED INSURED:**

Lodging, Hospitality, Contract Services, Contract Catering and Other Business Activities

Dollar amounts are:  ☒ US Dollars    ☐ Canadian Dollars

Locations of all Premises
you Own, Rent, or Occupy:    Frigate Bay Road, Frigate Bay, St. Kitts, West Indies, St. Kitts & Nevis

| ITEM 2. | POLICY PERIOD (m/d/y): | From:  October 1, 2012  To:    October 1, 2013 |
|---|---|---|

(12:01 a.m. Standard Time at the address set forth above)

ITEM 3.    LIMITS OF INSURANCE:    In consideration of receipt of the full premium, and subject to all the terms, conditions, and exclusions of this policy, we agree to provide the following limits:

| | |
|---|---|
| Master Control Program Aggregate: | Not Applicable |
| General Aggregate Limit (Other Than Prod-Comp Operations): | Not Applicable |
| Products-Completed Operations Aggregate Limit: | $3,000,000 |
| Personal & Advertising Injury Limit: | $3,000,000 |
| Each Occurrence Limit: | $3,000,000 |
| Medical Expense Limit: | $10,000 |
| Damage To Premises Rented To You Limit: | $3,000,000 |

ITEM 4.    PREMIUM:

| Exposure | Premium Basis | Rate | Premium |
|---|---|---|---|
| General Liability/Auto | Revenues/# of Units | Flat Charge | |
| | | Total Premium Payable at Inception: | REDACTED |
| | | Minimum Earned Premium: | |

In Case of Loss, Notify:
WorldSource Claims
E-mail: worldsourcenyclaimsreporting@chartisinsurance.com
Web: http://www.chartisinsurance.com/wsclaimsreporting
Fax: +1.212.881.9002

Broker's Name & Address:
CGM Insurance Brokers
(Barbados), Ltd.
Haggatt Hall, St. Michael,
Bridgetown, Barbados, West
Indies BB11059

Commission:
Included

AUTHORIZED REPRESENTATIVE

77B81 (12/09)

Page 1 of 1

MI -00193