# THE LAW OFFICES OF
# SALZMAN & WINER, LLP.
305 BROADWAY, SUITE 1204
NEW YORK, NY 10007

ALAN CHESTER SALZMAN
HARVEY WINER
hwiner@salzmanwiner.com

TEL: (212) 233-6550
FAX: (212) 233-6714

MITCHELL G. SHAPIRO
mshapiro@salzmanwiner.com

June 23, 2015

**VIA ECF**

Justice Sandra L. Townes, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: Brown v. Marriott International, Inc.
> Docket No.: 14 CV 5960 (SLT) (MDG)
> Handling Attorneys: Alan C. Salzman, Mitchell G. Shapiro and Harvey Winer

Dear Judge Townes:

Kindly accept this supplement to our 6/8/15 letter (27). Annexed find a blank MARRIOTT ROOM RATE DISCOUNT AUTHORIZATION FORM (**Exhibit "A"**). Plaintiff used such a discount in connection with her St. Kitts Marriott Hotel stay—the "associate" was her relative Laryn Greenwood. By its terms defendant MII would discount the room rate at the St. Kitts Marriott Hotel, which discount, documents the extent to which defendant MII, manages, and operates and controls the St. Kitt's Marriott Hotel.

Very truly yours,
SALZMAN & WINER, LLP.

Mitchell G. Shapiro, Esq.

MGS/mc
Encl.

cc: Daniel M. Stewart
WHITE FLEISCHNER & FINO, LLP.
Attorneys for Defendant
61 Broadway
New York, NY 10006

*EXHIBIT "A"*



# Room Rate Discount Authorization Form

According to Company policy, presentation of this Authorization Form entitles the below-named individual to receive the Associate Room Rate or Friends and Family Rate on a space available basis at participating Marriott International operated and franchised lodging or Marriott Vacations Worldwide Corporation properties globally. The Associate Room Rate is limited to a maximum of two rooms per night. These discounted rates are for personal travel only.

Accommodations at the discounted rate are requested for:

- [ ] Spouse or Domestic Partner of Associate
- [ ] Child of Associate
- [ ] Parent or Parent-in-Law of Associate or Parent of Domestic Partner
- [ ] Brother or Sister of Associate (only for stays at Courtyard, Fairfield Inn, Residence Inn, SpringHill Suites and TownePlace Suites properties)
- [ ] Friends and Family Rate

_____
(Name of Guest)

**Note:** Associates must use the current year's Associate Discount Card.
This Authorization Form expires 60 days after the issue date.

## TERMS AND CONDITIONS OF THE ROOM RATE DISCOUNT PROGRAM BENEFIT

1. Falsification or other misrepresentation of information on this Authorization Form will constitute grounds for immediate termination of the associate's employment.
2. This *original* Authorization Form must be presented and surrendered at the front desk at the time of check-in and may not be used by anyone other than the authorized individual. *A separate form must be completed for each property visited.*
3. Photo identification and this Authorization Form are required at the time of check-in.
4. Credit must be established at the time of check-in.
5. Associates and immediate family members will receive the Associate Room Rate *for personal travel only* (not business). Associates traveling on business who receive the Associate Room Rate for personal travel put their hotel, division, or franchise at risk of losing the associate room rate discount benefit for all their associates.
6. *Use of the Room Rate Discount is a privilege.* Your conduct and professionalism (as well as those persons in your party) as a guest is a representation of Marriott and affiliated companies and their associates. Any inappropriate conduct or behavior as a guest in a participating hotel will be dealt with as misconduct in connection with the associate's employment. Any conduct or behavior deemed inappropriate by the management of the hotel where you are a guest could result in the associate receiving disciplinary action, loss of room discount privileges, written warnings, and possible termination of employment.

By requesting this room discount benefit, I accept and agree to abide by the terms and conditions outlined above.

_____  _____
(Name of Associate)                (Associate's Employee ID)

**Issued By:**

_____  _____
(Name of Manager)                  (Manager's Email Address)

_____
(Business Unit/Department/Location)

_____  _____
(Manager's Phone Number)           (Issue Date)

— A —