```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VERONICA BROWN,

                              Plaintiff,
        -against-

MARRIOTT INTERNATIONAL, INC.,

                              Defendant.
------------------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 23 2015 ★
BROOKLYN OFFICE

ORDER

14-CV-5960 (SLT)(MDG)

**TOWNES, United States District Judge:**

Defendant Marriott International, Inc. filed a pre-motion conference request seeking leave to move to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), and 19(b), and pursuant to the doctrine of *forum non conveniens*. (ECF Nos. 23, 30.) Plaintiff filed a response (ECF No. 27) and supplemental response (ECF No. 29). The Court, having carefully considered the parties' submissions, finds that a pre-motion conference would not materially assist the Court. Accordingly, the Court denies Defendant's request for a pre-motion conference and grants Defendant leave to move to dismiss. The parties are directed to agree upon and file a proposed briefing schedule within two weeks of entry of this Order.

**SO ORDERED.**

/s/ Sandra L. Townes
_____
SANDRA L. TOWNES
United States District Judge

Dated: July 22, 2015
Brooklyn, New York