**WHITE FLEISCHNER & FINO, LLP**  61 BROADWAY, NEW YORK, NY 10006
T 212.487.9700   F 212.487.9777   WWW.WFF-LAW.COM

August 4, 2015

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 0 6 2015 ★

BROOKLYN OFFICE

**VIA ECF**

Justice Sandra L. Townes, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Brown v. Marriott International, Inc.
      **Docket No.: 14 CV 5960 (SLT)(MDG)**
      Our File No.: 105-18017
      Handling Attorneys: Paul A. Fino, Jr. and Daniel M. Stewart

Dear Judge Townes:

In accordance with your directive for the parties to establish a briefing schedule for defendant's pre-answer motion to dismiss, the parties have agreed upon the following schedule:

- Defendant's moving papers will be served by August 28, 2015.
- Plaintiff's opposition will be served by October 2, 2015.
- Defendant's reply and memorandum of law will be served and filed by October 16, 2015.

Thank you for your attention herein.

Very truly yours,

WHITE FLEISCHNER & FINO, LLP

Daniel M. Stewart
dstewart@wff-law.com

DMS/jb

cc:   Via Email: mshapiro@salzmanwiner.com

      Mitchell G. Shapiro
      Salzman & Winer, LLP
      Attorneys for Plaintiff
      305 Broadway – Suite 1204
      New York, New York 10007

The application is   X granted.
                     ___ denied.
SO ORDERED.

/s/ Sandra L. Townes
Sandra L. Townes, U.S.D.J.
Dated: August 5, 2015
Brooklyn, New York

A NEW YORK LIMITED LIABILITY PARTNERSHIP

HOLMDEL, NEW JERSEY   •   WHITE PLAINS, NEW YORK   •   GARDEN CITY, NEW YORK
PHILADELPHIA, PENNSYLVANIA   •   BOCA RATON, FLORIDA
LONDON, ENGLAND