# THE LAW OFFICES OF
# SALZMAN & WINER, LLP.

305 BROADWAY, SUITE 1204
NEW YORK, NY 10007

ALAN CHESTER SALZMAN
HARVEY WINER
hwiner@salzmanwiner.com

TEL: (212) 233-6550
FAX: (212) 233-6714

MITCHELL G. SHAPIRO
mshapiro@salzmanwiner.com

August 25, 2015

<u>VIA ECF</u>

Magistrate Marilyn Go, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: Brown v. Marriott International, Inc.
> Docket No.: 14 CV 5960 (SLT) (MDG)
> Handling Attorneys: Alan C. Salzman, Mitchell G. Shapiro and Harvey Winer

Dear Magistrate Go:

    We represent the Plaintiff; defendant filed a motion on 8/6/15 (documents 35 and 36) for a stay of discovery with no return date. This motion will be submitted to you.

    I called your chambers last week to get some guidance as to a briefing schedule.

    The parties agreed in the meanwhile to adopt the same schedule we are using with Judge Townes, on defendant's motion to dismiss.

    Therefore if we have your approval, plaintiff opposition to the motion for a stay will be due October 2, 2015 and defendant's reply on October 16, 2015.

Respectfully submitted,
SALZMAN & WINER, LLP.

Mitchell G. Shapiro, Esq.

MGS/mc
Encl.

cc: Daniel M. Stewart
WHITE FLEISCHNER & FINO, LLP.
Attorneys for Defendant
61 Broadway
New York, NY 10006