# THE LAW OFFICES OF
# SALZMAN & WINER, LLP.
### 305 BROADWAY, SUITE 1204
### NEW YORK, NY 10007

ALAN CHESTER SALZMAN
HARVEY WINER
hwiner@salzmanwiner.com

TEL: (212) 233-6550
FAX: (212) 233-6714

MITCHELL G. SHAPIRO
mshapiro@salzmanwiner.com

September 17, 2015

<u>VIA ECF</u>

Magistrate Marilyn Go, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Brown v. Marriott International, Inc.
        Docket No.: 14 CV 5960 (SLT) (MDG)
        Handling Attorneys: Alan C. Salzman, Mitchell G. Shapiro and Harvey Winer

Dear Magistrate Go:

    We represent the Plaintiff; we will not be opposing defendant's motion for a stay of discovery—pending decision on his dismissal motion before Judge Townes.

                              Respectfully submitted,
                              SALZMAN & WINER, LLP.

                              Mitchell G. Shapiro, Esq.

MGS/mc
Encl.

cc:    Daniel M. Stewart
        WHITE FLEISCHNER & FINO, LLP.
        Attorneys for Defendant
        61 Broadway
        New York, NY 10006