**THE LAW OFFICES OF**
**SALZMAN & WINER, LLP.**
305 BROADWAY, SUITE 1204
NEW YORK, NY 10007

ALAN CHESTER SALZMAN
HARVEY WINER
hwiner@salzmanwiner.com

TEL: (212) 233-6550
FAX: (212) 233-6714

MITCHELL G. SHAPIRO
mshapiro@salzmanwiner.com

September 25, 2015

White Fleischner & Fino, LLP
61 Broadway
New York, NY 10006

Attention: Daniel M. Stewart, Esq.

> Re: Brown v. Marriott International, Inc.
> Docket No.: 14 CV 5960 (SLT) (MDG)
> Your File 105-18017

Dear Mr. Stewart:

On behalf of plaintiff, enclosed find our opposition papers to your motion to dismiss, which include:

1. Declaration in opposition with exhibits
2. Plaintiff affidavit with exhibits
3. Memorandum of Law

Very truly yours,

Mitchell G. Shapiro, Esq.

MGS/mc
Encl.

cc: Justice Sandra L. Townes, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201