UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X

VERONICA BROWN,                                    Docket No.:14-CV-5960 (SLT)(MDG)

        Plaintiff,

  -against-                                             **NOTICE OF MOTION**

MARRIOTT INTERNATIONAL, INC.,

        Defendant.

———————————————————X

    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure *12(b)(6), 12(b)(7),* and *19(b),* upon the accompanying memorandum of law, the declaration of Daniel M. Stewart and accompanying exhibits, and all prior proceedings and papers filed herein, Defendant MARRIOTT INTERNATIONAL, INC., by its attorney, White, Fleischner & Fino, LLP, will move this Court before the Honorable Sandra L. Townes, United States District Judge, at the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, at a time and date to be set by the Court, for an order dismissing all claims against the Defendant for failure to state a claim on which relief can be granted, and/or dismissing this lawsuit on the basis of *forum non conveniens*, and granting such other relief which to the Court may deem just and proper.

    Defendant requests oral argument.

Dated: New York, New York
       August 28, 2015

                                                    WHITE FLEISCHNER & FINO, LLP

                                                  By:_____
                                                     Daniel M. Stewart (DMS 7989)
                                              Attorneys for Defendant
                                              MARRIOT INTERNATIONAL, INC.
                                              61 Broadway
                                              New York, New York 10006
                                              (212) 487-9700
                                              Our File No.: 105-18017