Exhibit "D"

 

# ST. KITTS BRANCH
# Financial SERVICES Regulatory Commission

**I hereby Certify that** the attached document is a true and correct copy of the Certificate of Incorporation for Royal St. Kitts Beach Resort Limited, a company with limited liability incorporated under the Companies Act (No. 22 of 1996) on the 29th January 1998. The Company was incorporated under the former Companies Act (Cap.335) on the 19th October, 1987.

Given under the Hand and Seal of the Registrar of Companies, Saint Christopher and Nevis, this the 26th day of August, 2015.



The Registrar of Companies
(Deputy)

Karibhana Building (2nd Floor), Liverpool Row, P O Box 898, Basseterre, St. Kitts, W.I.
Telephone No.: (869) 466-5048 • 467-1019/1591
Fax No.: (869) 466-5317 • Email: skanfsd@sisterisles.kn
Website: www.fsrc.kn

# SAINT CHRISTOPHER AND NEVIS

## Certificate of Incorporation

No. 002245

I hereby Certify that

**Royal St. Kitts Beach Resort Limited**

was this day registered under the Companies Act (No. 22 of 1996) as a Company with limited liability. The Company was incorporated under the former Companies Act (Cap. 335) on the 19th day of October, 1987.

Given under the Hand and Seal of the Registrar of Companies, Saint Christopher and Nevis, this 29th day of January, 1998.



The Registrar of Companies

FINANCIAL SERVICES REGULATORY COMMISSION
ST KITTS BRANCH