UNITED STATES DSITRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
VERONICA BROWN,

                        Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                        Defendant.
--------------------------------------------------------X

Index No.: 1:14-cv-05960-SLT-MDG

**PLAINTIFF'S AFFIDAVIT**
**IN OPPOSITION TO**
**DEFENDANT'S MOTION**

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF KINGS    )

**Veronica Brown**, being duly sworn, deposes and says:

    1.    I am a registered nurse, born in 1956. In July 2013 my friend Judy Gomez Caldwell and I planned to travel to St Kitts on a charitable mission, to train and inform local residents about diabetes, hypertension, vaccination and AIDS prevention.

    2.    I had previously been a guest at Marriott Hotels in New York, New Orleans, Virginia, Niagara Falls, Toronto, London and Panama. When researching Hotels in St. Kitts, I was pleased to find that Marriott had a Hotel in St. Kitts. I always found Marriott Hotels to be a wonderful place to stay, and the Marriott at St. Kitts, was the only brand name hotel I recognized. The Marriott name, and reputation meant to me reliability, excellent service and high standards. I always believed that whatever Marriott I stayed at, anywhere in the world, that Marriott would stand by its good name and reputation if any unfortunate event occurred.

    3.    My daughter in law, Laryn Greenwood, an event planner for Rockwood Capital was able to get a room reduction fee at the Marriott Hotel in St. Kitts, under a Marriott friends and family discount. Annexed is a copy of the Marriott discount agreement, with the Marriott logo

evident on top **(Exhibit "A")**.

4. The Marriott Hotel in St. Kitts is called, the St. Kitts Marriott Resort.

5. We arrived in St. Kitts on July 17, 2013. We were assigned Room 455. I noticed while unpacking, there was water on the floor near the bathroom, and the water was leaking from the air conditioning vent. I told the Marriott maid in the hallway about the leak, and she in turn said she would tell management. Later that evening, upon our return to the room, we noticed the water had been removed, and I thought therefore the leak had been repaired. We went to bed.

6. Early that next morning, on July 18, 2013, at around 12:30 a.m., I had to use the bathroom. As I made my way from the bedroom to the bathroom I slipped (the bedroom had a tile floor) and fell with significance force. I noticed after I fell that there was again water on the floor—in the same area where we had noticed it the day before. Water was again dripping from the same air conditioner vent.

7. I notified the front desk of my fall and when the maintenance man arrived at my room he stated, "the air conditioner is leaking again". We remained in the room July 19, 20, & 21, 2013.

8. Maintenance continued in their attempt to fix the leak. When their efforts failed we requested a change of room and were changed from Room 455 to Room 12215 on July 22, 2013. Our hotel bill confirms the room change and clearly indicates "guest had leak in room and fell" and the invoice contains the distinctive Marriott logo in bold print (Annexed as **Exhibit "B"** is a copy of said invoice)

9. The voluntary accident statement the Hotel personnel asked me to fill out also contains the Marriott name on top (Annexed as **Exhibit "C"** is a copy of said statement). It should

be noted that nearly all signage at the Hotel contains the Marriott name and logo, including the entranceway to the Hotel, brochures left out at the Hotel, the resort map and restaurant guide. (Pictures of the items set forth above are annexed as **Exhibit "D"**).

10. As a result of my fall on July 18, 2013, I suffered a severe injury to my neck which necessitated major cervical surgery at Wyckoff Hospital in August 2013 (decompression laminectomy at C3-C7, with spinal fixation be means of mass screws and rods). Prior to that surgery which took place on 8/21/13, I had a cervical MRI on 8/7/13 done on an emergency basis which showed "myelomalacia" in the spinal cord. My doctor told me this means there was bleeding in the cord. He also said that the bleeding occurred due to an acute injury sustained as result of my fall. In addition to my long, painful and arduous recuperation, I was forced to resign my position as a school nurse with the New York City Board of Education. Needless to say I am making considerably less money. All of my employment records are located in Brooklyn.

11. Nearly all my medical records and providers are in Brooklyn, NY (one is in Manhattan). On 7/20/13 I made a brief visit to a local St Kitts facility for X-rays (which could not be performed). I then returned home, and began treatment with Victor Sasson, M.D. (orthopedist), from Brooklyn on 7/26/13, who referred me to Erico Cardoso, M.D, a Brooklyn neurosurgeon who I saw on 8/7/13. On 8/2/13, I saw Glenn Jacobsen, an osteopath, in Brooklyn. My MRI's were done in Brooklyn at the Kingsbrook Hospital as per Dr. Cardoso's recommendation. Dr. Cardoso recommended surgery, which was performed by him at the Wyckoff Hospital in Brooklyn on 8/21/13 (a month after the accident) as outlined above. This was followed by physical therapy at "One on One" in Brooklyn (October and November 2013). I had follow up visits with Dr. Cardozo 9/25/13 and 11/14/13. Robert Goldstein, M.D., from Manhattan, examined me and prepared an IME report late in 2014. All my prior medical records

also are located in Brooklyn, NY. My surgery consisted of cervical fusion from levels C3/C7 with implementation of multiple rods and screws.

12. Presently I have significant loss of range of motion of motion my neck, limiting my activities of daily living.

13. My friend and traveling companion and witness to my accident Judy Garcia Caldwell also lives in Brooklyn and signed a witness affidavit, (**Exhibit "E"**).

14. I must stress again that a guest at the St. Kitts Marriott Hotel or one who makes a reservation at the St. Kitts Marriott Hotel, would not have the slightest notion, that the St. Kitts Marriott Hotel is not owned, operated or managed by Marriott International, Inc.

**Veronica Brown**

Sworn to before me this
22 day of September, 2015

Notary Public

MITCHELL G. SHAPIRO
Notary Public, State of New York
No. 31-4733452
Qualified in New York County
Commission Expires March 30, 20 18


*EXHIBIT "A"*



# Marriott.

## Room Rate Discount Authorization Form

According to Company policy, presentation of this Authorization Form entitles the below-named individual to receive the Associate Room Rate or Friends and Family Rate on a space available basis at participating Marriott International operated and franchised lodging or Marriott Vacations Worldwide Corporation properties globally. The Associate Room Rate is limited to a maximum of two rooms per night. These discounted rates are for personal travel only.

Accommodations at the discounted rate are requested for:

- [ ] Spouse or Domestic Partner of Associate
- [ ] Child of Associate
- [X] Parent or Parent-in-Law of Associate or Parent of Domestic Partner
- [ ] Brother or Sister of Associate (only for stays at Courtyard, Fairfield Inn, Residence Inn, SpringHill Suites and TownePlace Suites properties)
- [ ] Friends and Family Rate

Veronica Brown
**(Name of Guest)**

Note: Associates must use the current year's Associate Discount Card.
*This Authorization Form expires 60 days after the issue date.*

### TERMS AND CONDITIONS OF THE ROOM RATE DISCOUNT PROGRAM BENEFIT

1. Falsification or other misrepresentation of information on this Authorization Form will constitute grounds for immediate termination of the associate's employment.
2. This **original** Authorization Form must be presented and surrendered at the front desk at the time of check-in and may not be used by anyone other than the authorized individual. *A separate form must be completed for each property visited.*
3. Photo identification and this Authorization Form are required at the time of check-in.
4. Credit must be established at the time of check-in.
5. Associates and immediate family members will receive the Associate Room Rate *for personal travel only* (not business). Associates traveling on business who receive the Associate Room Rate for personal travel put their hotel, division, or franchise at risk of losing the associate room rate discount benefit for all their associates.
6. *Use of the Room Rate Discount is a privilege.* Your conduct and professionalism (as well as those persons in your party) as a guest is a representation of Marriott and affiliated companies and their associates. Any inappropriate conduct or behavior as a guest in a participating hotel will be dealt with as misconduct in connection with the associate's employment. Any conduct or behavior deemed inappropriate by the management of the hotel where you are a guest could result in the associate receiving disciplinary action, loss of room discount privileges, written warnings, and possible termination of employment.

*By requesting this room discount benefit, I accept and agree to abide by the terms and conditions outlined above.*

| Laryn Greenwood | 1635850476 |
|---|---|
| **(Name of Associate)** | **(Associate's Employee ID)** |

**Issued By:**

| Not Required | Not Required |
|---|---|
| **(Name of Manager)** | **(Manager's Email Address)** |

00098 / Not Required / Rockwood Capital, LLC
**(Business Unit/Department/Location)**

| 914 2878850 | June 08, 2015 |
|---|---|
| **(Manager's Phone Number)** | **(Issue Date)** |

Printed By:  1635850476

*EXHIBIT "B"*



# ST. KITTS
### RESORT
### & THE ROYAL BEACH CASINO

## Marriott

Veronica Browne-Mulvaney  
463 East 56 St  
Brooklyn NY 11203  
United States  

INVOICE  

Company Name    :

| | |
|---|---|
| Room No. | 12215 |
| Arrival | 17/07/13 |
| Departure | 24/07/13 |
| Page No. | 1 of 6 |
| Folio / Inv. | 169614 / |
| Conf. No. | 81838062 |
| User ID | KTAYL097 |
| Cashier No. | 1021 |

Thank you for staying with us                                                24/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 20/07/13 | Room Service | 10.87 | |
| | Room# 00455 : CHECK# 345 | | |
| 20/07/13 | Room Charge | 84.00 | |
| 20/07/13 | Island Enhancement Tax | 1.68 | |
| 20/07/13 | Service Charge | 10.50 | |
| 20/07/13 | VAT 10% | 8.40 | |
| 21/07/13 | Calypso Restaurant | 59.82 | |
| | Room# 12215 : CHECK# 1038 | | |
| 21/07/13 | Emerald Mist Spa | 49.00 Vef> | |
| | Room# 12215 : CHECK# 0000 | | |
| 21/07/13 | Room Charge | 84.00 | |
| 21/07/13 | Island Enhancement Tax | 1.68 | |
| 21/07/13 | Service Charge | 10.50 | |
| 21/07/13 | VAT 10% | 8.40 | |
| 22/07/13 | Calypso Cafe | 8.02 | |
| | Room# 12215 : CHECK# 2161 | | |
| 22/07/13 | S&P Engineer Hosp | | 72.06 |
| | Guest had leak in room and fell, credit was done for taxi fees and hospital and band aid | | |
| 22/07/13 | Bohemia | 12.31 | |
| | Room# 12215 : CHECK# 6956 | | |
| 22/07/13 | Room Charge | 84.00 | |
| 22/07/13 | Island Enhancement Tax | 1.68 | |
| 22/07/13 | Service Charge | 10.50 | |
| 22/07/13 | VAT 10% | 8.40 | |
| 23/07/13 | Emerald Mist Spa | 144.66 | |
| | Room# 12215 : CHECK# 0000 | | |

Royal St. Kitts Beach Resort Limited  
TIN: 00130695  
Blvd. Frigate Bay, St. Kitts, BWI

— B —

# ST. KITTS
### RESORT
### & THE ROYAL BEACH CASINO



Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INVOICE

Company Name :

| | | |
|---|---|---|
| Room No. | : | 12215 |
| Arrival | : | 17/07/13 |
| Departure | : | 24/07/13 |
| Page No. | : | 2 of 6 |
| Folio / Inv. | : | 169614 / |
| Conf. No. | : | 81838062 |
| User ID | : | KTAYL097 |
| Cashier No. | : | 1021 |

Thank you for staying with us                                              24/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 23/07/13 | Room Charge | 84.00 | |
| 23/07/13 | Island Enhancement Tax | 1.68 | |
| 23/07/13 | Service Charge | 10.50 | |
| 23/07/13 | VAT 10% | 8.40 | |
| 24/07/13 | Master Card / Euro Card XXXXXXXXXXXX9781   XX/XX | | 630.94 |
| | | 703.00 | 703.00 |
| | Balance | | 0.00 USD |

**Signature** _____

Should you have any questions concerning your account, please contact our Front Office Manager at mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201



## ST. KITTS
RESORT
& THE ROYAL BEACH CASINO

### Marriott.

Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INVOICE

Company Name :

| | |
|---|---|
| Room No. | 12215 |
| Arrival | 17/07/13 |
| Departure | 24/07/13 |
| Page No. | 3 of 6 |
| Folio / Inv. | 169614 / |
| Conf. No. | 81838062 |
| User ID | KTAYL097 |
| Cashier No. | 1021 |

Thank you for staying with us

24/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|

This statement is your only receipt. You have agreed to authorize us to charge to your credit card account.
If for any reason your company or credit card company refuses to make payment on this account, you will
be liable for such amount.

Merchant ID :
Transaction ID :  8997930
Approval Code :  27591Z
Approval Amount :  630.94

Credit Card # :  XXXXXXXXXXXX9781
Credit Card Expiry :  XX/XX
Capture Method :  Swiped
Transaction Amount :  630.94

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201



# EXHIBIT "C"

## *St. Kitts Marriott Resort*
## Voluntary Statement:

With the understanding that I'm not obligated to give a statement and that I might seek legal advice at any time before any statement or declaration is given.

**Full Name:** Mrs. Mr. Ms. (Please Print Name:) VERONICA BROWN-MULVANEY

**D.O.B** (mm/dd/yyyy): 4/9/56

**Address:** 463 EAST 56 ST

**City:** BROOKLYN NY

**Country:** USA

**State/Province:** NY

**ZIP:** 11203

**Email:** Buffie3@verizon.net

**Date** (mm/dd/yyyy): 9/18/13

**Phone Number/s:** 718 629-1213 - 917 584-9432

**Work Address:** (Associate Department:) DOE 5400 Tilden Ave

**Job Title:** Registered Nurse

To the best of your ability, describe the incident. Please include all information.

I got up to walk to the bathroom I slipped and fell in water near the bathroom door. There was a leaking air AC vent in the room

I have reviewed this statement and believe it is true and accurate to the best of my recollection.

**Signature:** Veronica

**Witness:** Judith Gomez Caldwell (Loss Prevention)

Associate:       Guest:       witness:       Other:       — C —

**Report code:** (office use only): 13-0097

*EXHIBIT "D"*





## BLU SEAFOOD RESTAURANT

Enjoy a true dining experience at our renowned St. Kitts restaurant, featuring the freshest seafood, creatively prepared, using local and international inspiration in a stunning atmosphere with 180 degree panoramic ocean views.

*Open from 6-10 pm*

## BOHEMIA BEACH POOL BAR & GRILLE

This casual poolside St Kitts restaurant serves unbeatable salads, burgers, sandwiches and frozen drinks overlooking the beach and ocean. Stay cool at the swim-up bar or under the covered patio.

*Open daily from 10 am - 7 pm*



## ROYAL GRILLE STEAKHOUSE

Warm and sophisticated, this "city-style" steakhouse serves succulent cuts of beef and seafood, along with an international wine list.

*Open from 6-10 pm*

## LA CUCINA ITALIAN RESTAURANT

Specializing in the dishes of Northern Italy, La Cucina delights guests with a beautiful rustic setting and a wide selection of Italian and International wines.

*Open from 6-10 pm*

## CALYPSO RESTAURANT

A popular spot for family dining, Calypso features buffet and a la carte selections emphasizing local ingredients that include fresh fish, fruits and vegetables.

*Breakfast: 7 am-11 am*
*Lunch: 11 am-2 pm*

## CAFÉ CALYPSO

Enjoy flavored coffee, espresso, sandwiches, snacks and pastries daily at the Café, located at the entrance to Calypso. Serving breakfast, lunch and late night dinner.

*Open daily from 6 am-12 am*

## LOBBY BAR

Open daily for those looking for a casual dining atmosphere. On select evenings guests will enjoy live entertainment.
Sushi served Wednesday through Sunday from 6-9:30 pm.

*Open daily 4 pm-12 am*

## PIZZA SHACK

Keep it casual with homemade pizza and ice cream served at this outdoor patio restaurant.

*Open daily from 12-10 pm*

## THE GOLF CLUBHOUSE GRILLE

Located at the Royal St. Kitts Golf Club, guests can toast to their success on the greens with frosty beers, soft drinks and lemonade. Open for lunch, serving towering burgers, sandwiches and other fare.

*Open daily from 7 am-6 pm*

**For reservations, please contact the Guest Services Desk at extensions 7800 or 7802.**



*The opening hours may change seasonally. Please contact Guest Services at extensions 7800 or 7802 to confirm the opening hours during your stay.*

# RESORT MAP & RESTAURANT GUIDE





MARRIOTT RESORT
ST KITTS
THE ROYAL BEACH CASINO

858 Frigate Bay Road | Frigate Bay | St. Kitts | West Indies
Tel: 1.869.466.1200 | Fax: 1.869.466.1201
www.stkittsmarriott.com



*EXHIBIT "E"*

# AFFIDAVIT

STATE OF NEW YORK )
        Queens ) ss.:
COUNTY OF ~~BRONX~~ )

**Judy Gomez Caldwell**, being duly sworn deposes and says:

1. That on 7/17/13, I accompanied Veronica Brown to the St. Kitts & the Royal Beach Casino and we shared a room at the resort.

2. That on 7/18/13 while Ms. Brown was walking to the bathroom, she slipped on a wet floor, which was a hard marble like floor.

3. The floor was wet as a result of water dripping down from the air conditioner vent in the ceiling.

4. That the front desk was called and when they arrived, the maintenance and security came to the room. The maintenance man said, "It's leaking again".

5. That maintenance man did something to repair the leaking air conditioner, however the next day it started leaking again.

6. That as a result of this continuous condition the resort changed our room.

7. That it was obvious that this was a recurrent condition and that this air conditioner had been leaking prior to our arrival.

8. As a result of her fall, Ms. Brown injured her neck, ankle, hip and leg was swollen and it was iced before she was taken to St. Kitts –Joseph N. France General Hospital.

_Judith Judy Gomez Caldwell_
**Judy Gomez Caldwell**

Sworn to before me this
25 day of November, 2013

_Notary Public_

DIAWANTIE SUKHU
Notary Public, State of New York
No. 01SU6174546
Qualified in Queens County
Commission Expires 9/24/2015