UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
VERONICA BROWN,

                      Plaintiff,

    -against-

MARRIOTT INTERNATIONAL, INC.,

                      Defendant.
―――――――――――――――――――――X

Docket No.: CV-14-5960 (SLT)

Consent to
Change Attorneys

**IT IS HEREBY CONSENTED**, that WADE CLARK & MULCAHY be substituted as attorney of record for MARRIOTT INTERNATIONAL, INC., in the above entitled action in place and stead of WHITE FLEISCHNER & FINO LLP, as of the date hereof.

Dated: New York, New York
       May 6, 2016

By: Daniel M. Stewart
WHITE FLEISCHNER & FINO, LLP
Outgoing Attorneys for Defendant
61 Broadway, 18th floor
New York, New York 10006
(212) 487-9700
File No.: 105-18017

By: Dennis Wade
WADE CLARK & MULCAHY
Incoming Attorneys for Defendant
111 Broadway
New York, New York 10006
(212) 267-1900

By: Frances Kassner
Marriott International, Inc.
10400 Fernwood Road
Bethesda, MD 20817

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Eileen McGlyn, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Staten Island, New York.

That on May 18, 2016, deponent served the within **Consent to Change Attorneys** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Mitchell G. Shapiro, Esq.
Salzman & Winer, LLP
Attorneys for Plaintiff
305 Broadway, Suite 1204
New York, New York 10007
Tel.: (212) 233-6550

Daniel M. Stewart, Esq.
White Fleischner & Fino, LLP
Outgoing Attorneys for Defendant
61 Broadway, 18th Floor
New York, New York 10006
Tel: (212) 487-9700

_____
Eileen McGlyn

Sworn to before me this
18th day of May, 2016

_____
Notary Public

N. VITALE
Notary Public - State of New York
NO. 02VI6211728
Qualified in Kings County
My Commission Exp: 9-21-17

*Docket No.: CV-14-5960(SLT)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VERONICA BROWN,

                            Plaintiff,

    -against-

MARRIOTT INTERNATIONAL, INC.,

                            Defendant.

## CONSENT TO CHANGE ATTORNEYS

**Wade Clark Mulcahy**
**Attorneys for Defendant**
**Marriott International, Inc.**
**111 Broadway, 9th Floor**
**New York, New York 10006**
**(212) 267-1900**
**Our File No.: 170.9841.1**

*To:*     \*\*\*

*Attorney(s) for*    \*\*\*

*Service of a copy of the within* \*\*\*    is hereby admitted.

*Dated:*  \*\*\*

                                                        *Attorney(s) for*   \*\*\*

*PLEASE TAKE NOTICE*

☐  *that the within is a (certified) true copy of a* \*\*\*
    *entered in the office of the clerk of the within named Court on* \*\*\*
NOTICE OF
ENTRY

☐  *that an Order of which the within is a true copy will be presented for settlement to the Hon.* \*\*\*
    *one of the judges of the within named Court, at* \*\*\*, *on* \*\*\*, *at* \*\*\* .
NOTICE OF
SETTLEMENT

*Dated:*  \*\*\*

                                      **Wade Clark Mulcahy**
                                      **Attorneys for Defendant**
                                      111 Broadway, 9th Floor
                                      New York, New York 10006