# The Law Offices of
# Salzman & Winer, LLP.
The Woolworth Building
233 Broadway, Suite 900
New York, NY 10279

Alan Chester Salzman
alanchester1580@yahoo.com
Harvey Winer
hwiner@salzmanwiner.com

Tel: (212) 233-6550
Fax: (212) 233-6714

Seth Harris
Of Counsel

October 5, 2017

**VIA ECF**

Justice Sandra L. Townes, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Veronica Brown v. Marriott International, Inc.
      Docket No: 14 CV 5960 (SLT)

Dear Honorable Judge Townes:

 On October 4, 2017 counsel for both parties in the above entitled matter appeared before your honor. At said time counsel for the plaintiff herein consented to withdraw the First Cause of Action of the Complaint.

 It is our desire to reinstate said First Cause of Action.

 Counsel for the defendant has no objection to the reinstatement of the First Cause of Action.

 Furthermore, plaintiff wishes to submit further opposition to defendant's motion to dismiss the First Cause of Action.

 Counsel for defendant objects to any further submissions.

 If permission is granted to submit further opposition to the dismissal of the First Cause of Action, counsel for defendant has agreed to the following time table for submission and opposition as follows:

- Further submission papers for plaintiff will be submitted on or before October 25, 2017 and defendant Opposition will be submitted on or before November 15, 2017.

Very truly yours,
SALZMAN & WINER, LLP.

Alan C. Salzman, Esq.

ACS/mc

cc: Paul Vitale, Esq.
Wade Clark Mulcahy
180 Maiden Lane, Suite 901
New York, NY 10038

I, counsel for the defendant have read the above and consented to

X _____
By: Paul Vitale, Esq.
Wade Clark Mulcahy
Attorneys for Defendant
Marriott International, Inc.