MENU  English–US & Canada   FIND & RESERVE ▾ Hotels, Deals & More  Sign in to My Account  Email or Rewards #  Password  Sign In  Not a member? Join Now

# Marriott Brands



Destinations. 78 Countries. 19 Hotel Brands

### COUNTLESS WAYS TO SAY WELCOME.

From luxurious resorts to urban retreats, bold boutiques to spacious suites, there's a Marriott® hotel brand as unique as the reasons you travel. The choice is all yours ... the pleasure is all ours.

        

The Ritz-Carlton · BVLGARI · EDITION · JW MARRIOTT · AUTOGRAPH COLLECTION HOTELS · RENAISSANCE HOTELS · MARRIOTT · DELTA HOTELS AND RESORTS · Marriott Executive Apartments

        

Marriott Vacation Club · GAYLORD HOTELS · AC HOTELS · COURTYARD · Residence Inn · SPRINGHILL SUITES · FAIRFIELD INN & SUITES · TownePlace SUITES · PROTEA



moxy





**The Ritz-Carlton**

An enduring symbol of sophistication, style and legendary service, The Ritz-Carlton creates exceptional luxury experiences at more than 80 hotel and resort locations around the globe. The memories created by the ladies and gentlemen of The Ritz-Carlton stay with you long after you leave. Hotel directory

Exclusive luxury partner of Marriott Rewards®




## BVLGARI® Hotel & Resorts

This is the leading luxury hospitality collection in the world. It is comprised of a few select properties in major cosmopolitan cities and luxury resort destinations. Each location makes a strong reference to the local culture while retaining a distinctly Italian contemporary luxury feel.

BVLGARI does not participate in Marriott Rewards®.




## EDITION®

Ian Schrager's refreshing collection of one-of-a-kind modern luxury hotels, created in collaboration with Marriott, is an evolutionary response to the desire for a sophisticated experience from the guest with a contemporary lifestyle. The Istanbul EDITION is the brand's debut property, followed by the recent premiere of The London EDITION. Planned openings are also scheduled in gateway cities such as Miami Beach, New York, Abu Dhabi and several other cities. Hotel directory.

Proudly participates in Marriott Rewards®






## Marriott Hotels®

Today, Marriott Hotels celebrate the travelers of the world. Our mission is to host you brilliantly... to make your every event and stay with us unforgettable and effortless. From next gen meeting spaces to tech-enhanced guest service and beyond, we offer 500 locations worldwide to help you connect, relax and recharge — wherever it is your travels take you. Hotel directory

Proudly participates in Marriott Rewards®



## Delta Hotels and Resorts

One of North America's leading four-star brands, Delta Hotels and Resorts offers hotels in gateway cities such as Toronto and Edmonton, as well as one-of-a-kind resorts in destinations including Banff and Whistler. Whether you're traveling for business or play, modern and timeless design, personable service and well-appointed amenities are always included.

We'll soon be welcoming Delta Hotels and Resorts into Marriott Rewards®. Check back for details on when you can earn and use points with our newest brand.



## Marriott Executive Apartments®



MENU

English-US & Canada 

FIND & RESERVE ▼
Hotels, Deals & More

Sign in to My Account

Email or Rewards #    Password    Sign In

Not a member?
Join Now

Like  50   8+ Share  0   Tweet  1

Hotels >
**Marriott & ResortsHotels**



## We found **522 hotels**

Get our best available rate on Marriott.com. See brand exclusions and guarantee terms.

### Filter Results
⊖ BRANDS

**UNITED STATES**
See all hotels in the United States

| | | |
|---|---|---|
| Alabama (7) | Alaska (1) | Arizona (6) |
| Arkansas (1) | California (42) | Colorado (10) |
| Connecticut (6) | District of Columbia (4) | Florida (29) |
| Georgia (14) | Hawaii (4) | Illinois (15) |
| Indiana (3) | Iowa (4) | Kansas (2) |
| Kentucky (5) | Louisiana (4) | Maine (1) |
| Maryland (9) | Massachusetts (8) | Michigan (9) |
| Minnesota (6) | Mississippi (1) | Missouri (6) |
| Nebraska (2) | Nevada (1) | New Hampshire (1) |
| New Jersey (7) | New Mexico (2) | New York (14) |
| North Carolina (9) | Ohio (8) | Oklahoma (2) |
| Oregon (2) | Pennsylvania (7) | Rhode Island (2) |
| South Carolina (6) | Tennessee (6) | Texas (26) |
| Utah (5) | Virginia (15) | Washington (4) |
| West Virginia (1) | Wisconsin (4) | |

☑ Marriott Hotels & Resorts (522)
☐ Gaylord Hotels (5)
☐ The Ritz-Carlton (92)
☐ JW Marriott (80)
☐ EDITION Hotels (4)
☐ Autograph Collection (93)
☐ Renaissance Hotels (165)
☐ AC Hotels (84)
☐ Courtyard (1042)
☐ Protea Hotels – NEW! (108)
☐ Fairfield Inn & Suites (770)
☐ MOXY Hotels – NEW! (1)
☐ SpringHill Suites (340)
☐ Residence Inn (707)
☐ TownePlace Suites (269)
☐ Marriott Executive Apartments (26)
☐ Marriott Vacation Club (58)
☐ Conference Centers (7)

**AFRICA**
See all hotels in Africa

| Algeria (1) | Egypt (3) | Rwanda (1) |
|---|---|---|

**ASIA**
See all hotels in Asia

| China (23) | India (5) | Japan (4) |
|---|---|---|
| Kazakhstan (1) | Malaysia (3) | Pakistan (2) |
| Philippines (2) | Singapore (1) | Taiwan (1) |

⊖ AMENITIES

☐ High-speed Internet (519)
☐ Free high speed Internet (74)

| | | | | |
|---|---|---|---|---|
| | | Thailand (3) | | ☐ Free breakfast (6) |
| **AUSTRALIA & PACIFIC ISLANDS** See all hotels in Australia & Pacific Islands | Australia (4) | | | ☐ Fitness center (511) ☐ Business center (494) ☐ Restaurant on-site (512) ☐ Pool (460) ☐ Kitchen/kitchenette (60) ☐ Plug In Panel (305) ☐ Pet friendly (85) ☐ Room service (516) ☐ New Lobby (169) |
| **CANADA** See all hotels in Canada | | | | ⊕ HOTEL TYPE |
| **CARIBBEAN** See all hotels in the Caribbean | Aruba (1) Haiti (1) St. Kitts and Nevis (1) | Cayman Islands (1) Mexico (10) Venezuela (1) | Curacao (1) Puerto Rico (1) Virgin Islands (US) (1) | ⊕ TRANSPORTATION ⊕ EVENTS ⊕ ACTIVITIES ⊕ HOTEL REWARDS CATEGORY |
| **CENTRAL AMERICA** See all hotels in Central America | Costa Rica (2) | Honduras (1) | Panama (1) | |
| **EUROPE** See all hotels in Europe | Armenia (2) Belgium (2) France (6) Hungary (1) Poland (1) Spain (2) | Austria (1) Czech Republic (1) Georgia (1) Italy (3) Portugal (2) Switzerland (1) | Belarus (1) Denmark (1) Germany (9) Netherlands (1) Russia (6) United Kingdom (50) | |
| **MEXICO** See all hotels in Mexico | | | | |
| **MIDDLE EAST** See all hotels in the Middle East | Jordan (3) Saudi Arabia (4) | Oman (1) Turkey (2) | Qatar (2) United Arab Emirates (2) | |

