# ST. KITTS
## RESORT
### & THE ROYAL BEACH CASINO


Marriott.

Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INFORMATION INVOICE

Company Name   :

| | |
|---|---|
| Room No. | : 12215 |
| Arrival | : 17/07/13 |
| Departure | : 28/07/13 |
| Page No. | : 1 of 2 |
| Folio / Inv. | : / |
| Conf. No. | : 81838062 |
| User ID | : DGILB346 |
| Cashier No. | : 1061 |

Thank you for staying with us

22/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 17/07/13 | Room Charge | 84.00 | |
| 17/07/13 | Island Enhancement Tax | 1.68 | |
| 17/07/13 | Service Charge | 10.50 | |
| 17/07/13 | VAT 10% | 8.40 | |
| 18/07/13 | Room Charge | 84.00 | |
| 18/07/13 | Island Enhancement Tax | 1.68 | |
| 18/07/13 | Service Charge | 10.50 | |
| 18/07/13 | VAT 10% | 8.40 | |
| 19/07/13 | Room Charge | 84.00 | |
| 19/07/13 | Island Enhancement Tax | 1.68 | |
| 19/07/13 | Service Charge | 10.50 | |
| 19/07/13 | VAT 10% | 8.40 | |
| 20/07/13 | Room Service Room# 00455 : CHECK# 345 | 10.87 | |
| 20/07/13 | Room Charge | 84.00 | |
| 20/07/13 | Island Enhancement Tax | 1.68 | |
| 20/07/13 | Service Charge | 10.50 | |
| 20/07/13 | VAT 10% | 8.40 | |
| 21/07/13 | Calypso Restaurant Room# 12215 : CHECK# 1038 | 59.82 | |
| 21/07/13 | Emerald Mist Spa Room# 12215 : CHECK# 0000 | 49.00 | |
| 21/07/13 | Room Charge | 84.00 | |
| 21/07/13 | Island Enhancement Tax | 1.68 | |
| 21/07/13 | Service Charge | 10.50 | |
| 21/07/13 | VAT 10% | 8.40 | |
| 22/07/13 | Calypso Cafe | 8.02 | |

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201

MI - 00086

# ST. KITTS
RESORT
& THE ROYAL BEACH CASINO



Marriott.

Veronica Browne-Mulvaney  
463 East 56 St  
Brooklyn NY 11203  
United States  

INFORMATION INVOICE

Company Name :

| | |
|---|---|
| Room No. : | 12215 |
| Arrival : | 17/07/13 |
| Departure : | 28/07/13 |
| Page No. : | 2 of 2 |
| Folio / Inv. : | / |
| Conf. No. : | 81838062 |
| User ID : | DGILB346 |
| Cashier No. : | 1061 |

Thank you for staying with us

22/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 22/07/13 | Room# 12215 : CHECK# 2161 S&P Engineer Hosp Guest had leak in room and fell, credit was done for taxi fees and hospital and bandaid | | 72.06 |
| | | 650.61 | 72.06 |
| | Balance | 578.55 USD | |

Signature _____

Should you have any questions concerning your account, please contact our Front Office Manager at mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited  
TIN: 00130695  
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI  
Tel 869/466-1200 Fax 869/466-1201

MI - 00087

# ST. KITTS
## RESORT
### & THE ROYAL BEACH CASINO



Vero nica Browne-Mulvaney  
463 East 56 St  
Brooklyn NY 11203  
United States  

INFO RMATION INVOICE  

Company Name    :  

| | |
|---|---|
| Room No. : | 00455 |
| Arrival : | 17/07/13 |
| Departure : | 28/07/13 |
| Page No. : | 1 of 1 |
| Folio / Inv. : | / |
| Conf. No. : | 81838062 |
| User ID : | KWARN393 |
| Cashier No. : | 1015 |

Thank you for staying with us

18/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 17/07/13 | Room Charge | 84.00 | |
| 17/07/13 | Island Enhancement Tax | 1.68 | |
| 17/07/13 | Service Charge | 10.50 | |
| 17/07/13 | VAT 10% | 8.40 | |
| | | 104.58 | 0.00 |
| | Balance | 104.58 USD | |

Signature _____

Should you have any questions concerning your account, please contact our Front Office Manager at mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited  
TIN: 00130695  
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI  
Tel 869/466-1200 Fax 869/466-1201  

MI - 00088