## St. Kitts Marriott Resort
## Voluntary Statement:

With the understanding that I'm not obligated to give a statement and that I might seek legal advice at any time before any statement or declaration is given.

| Field | Value |
|---|---|
| Full Name: Mrs. Mr. Ms. | Veronica Brown-Mulvaney |
| D.O.B (mm/dd/yyyy) | 4/9/56 |
| Address: | 463 East 56 St |
| City: | Brooklyn NY |
| Country: | USA |
| State/Province: | NY |
| ZIP: | 11203 |
| Email: | Buffie3@verizon.net |
| Date: | 9/18/13 |
| Phone Number/s: | 718 629-1213 — 917 584-9432 |
| Work Address: (Associate Department:) | DOE 5400 Tilden Ave |
| Job Title: | Registered Nurse |

To the best of your ability, describe the incident. Please include all information.

I got up to walk to the bathroom I slipped and fell in water near the bathroom door. There was a leaking air AC vent in the room.

I have reviewed this statement and believe it is true and accurate to the best of my recollection.

Signature: Veronica [signed]
Witness: Judith Gomez Caldwell (Loss Prevention)

Report code: 13-0097

If this statement continues please specify the total at the end. Copy 1 of 1.

MI - 00085