

## St. Kitts Marriott International
## INCIDENT REPORT

| Type of incident | Date of Incident | Date of Report | Guest (X) |
|---|---|---|---|
| Slip and Fall | 18/07/2013 | 18/07/2013 | Associate ( ) |
| Exact Location of Incident | Time of Incident | Time of Report | Incident Code |
| On Floor Next to restroom sink. | 00:15 | 00:20 | 13-0097 |
| Name | | Address | |
| Mrs. Veronica Brown-Mulvaney | | 463 East 56 St, Brooklyn, New York, U.S.A. | |
| Date of Birth | Sex | Work Telephone | Home Telephone # | E-mail Address |
| April 9th 1956 | F | 1-718-629-1213 | 1-917-584-9432 | Buffie3@verizon.net |

**NARRATIVE:** Give details in concise terms: What occurred, where, by whom, to whom, why. Identify all people involved and list all witnesses, with Addresses. If theft, state what was taken, value, description and, if possible, how could have happened

On Wednesday 18th July 2013 at about 00:20 hrs, I was informed of a slip and fall in room 455. I left to investigate.

I arrived at room 455 and was met at the door by Ms. Judith Gomez. She allowed me in and introduced Mrs. Victoria Brown-Mulvaney. Ms. Brown-Mulvaney stated, she was making her way to the restroom when she slipped and fell as result of the water that dripped from the AC vent in the ceiling onto the tiled floor. She landed on the outer side of her left leg. There was pain in the covering from her hip down to her leg. She did not see the need for further care but would monitor throughout her stay and inform us if anything developed.

I arrived at the room and met Mrs.-Brown-Mulvaney quietly lying in bed. She declined being taken to the hospital or having an ice pack applied to the area. Specific mention was made as to having the incident reported. When asked about providing a statement she scheduled for a later time. I received her voluntary statement in the Lobby at 07:15 hrs. At that point she stated that her left ankle was swollen as a result. She walked through the Lobby Entrance/Exit unassisted, after handing me her statement.

Tyrone O'Loughlin (EOD) arrived in the room before me. He confirmed that there was water on the floor. This was result of the AC drainage pan having a leak which caused water to drip from the vent in the ceiling on to the floor. The repair process was under way by the Engineering Team.

**Please See Accompanying Data**

a) Voluntary Statement of Mrs. Brown - Mulvaney
b) Room Folio