UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VERONICA BROWN,

                Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------------x

Docket No.: CV-14-5960(SLT)

***STIPULATION***

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, Marriott International, Inc., in the above-entitled action, that:

1. Defendant Marriott International, Inc.'s time to answer, move to dismiss, or otherwise respond to the Amended Complaint is extended through and including December 22, 2017.

2. This is the first request before this Court for an extension of time for Marriott International, Inc. to answer, move to dismiss, or otherwise respond to the Amended Complaint.

Dated: November 2, 2017

        New York, New York

| | |
|---|---|
| SALZMAN & WINER, LLP | WADE CLARK MULCAHY, LLP |
| By: *[signature]* | By: Paul W. Vitale, Esq. *[signature]* |
| Attorney For Plaintiff | Attorney For Defendant |
| Veronica Brown | Marriott International Inc. |
| 233 Broadway, Suite 950 | 180 Maiden Lane, Suite 901 |
| New York, NY 10279 | New York, NY 10279 |

**SO ORDERED**

_____