STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

I, Diana Mauriello, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Suffolk County, New York.

That on November 6, 2017, deponent served the within **Stipulation** upon the attorneys and parties listed below by United States prepaid mail:

TO:

Alan Salzman, Esq.
Salzman & Winer, LLP
Attorneys for Plaintiff
233 Broadway, Suite 900
New York, New York 10279
Tel.: (212) 233-6550

Diana Mauriello

Sworn to before me this
6th day of November 2017

Notary Public

HILLARY GOMEZ
Notary Public, State of New York
No. 02GO6307105
Qualified in Kings County
Commission Expires June 30, 2018