UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VERONICA BROWN,

                                 **Plaintiff,**                                     <u>ORDER</u>

         -against-                                                   14cv5960 (SLT)

ST. KITTS MARRIOTT RESORT and
 THE ROYAL BEACH CASINO et al.,

                              **Defendants.**
-------------------------------------------------------------x

      The above action has been reassigned to this magistrate judge. Pursuant to a series of rulings by Magistrate Judge Marilyn D. Go, who was then the assigned magistrate judge, the parties were directed to proceed with and complete fact discovery by September 30, 2015, absent a court-ordered stay of discovery. <u>See</u> 2/23/15 and 7/17/15 Minute Entries. It was not until August 6, 2015 that defendant moved to stay discovery, <u>see</u> Motion to Stay Discovery, Docket Entry #34, which motion was granted on September 18, 2015, <u>see</u> 9/18/15 Order, near the end of the fact discovery period. Thus, fact discovery should, at a minimum, be substantially complete. Counsel are directed to confer and, by January 3, 2018, to file a joint proposed schedule for expert discovery and for further proceedings in this case.

      SO ORDERED.

Dated:    Brooklyn, New York
             December 27, 2017

                                              /s/     *Roanne L. Mann*
                                                   **ROANNE L. MANN**
                                                   **CHIEF UNITED STATES MAGISTRATE JUDGE**