**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**VERONICA BROWN,**

                       **Plaintiff,**                         **ORDER**

    **-against-**                                        **14cv5960 (SLT)**

**ST. KITTS MARRIOTT RESORT and**
 **THE ROYAL BEACH CASINO et al.,**

                       **Defendants.**
-------------------------------------------------------------x

      The parties' joint letter-motion of January 10, 2018, refers to a "January 12, 2018 conference . . . ." See Letter Motion for Extension of Time (Jan. 10, 2018) ("1/10/18 Letter") at 1, Electronic Case File Docket Entry #60. The parties are mistaken: January 12th represents the (extended) deadline for the parties to file their joint proposed schedule for expert discovery and further proceedings, see Electronic Order (Dec. 28, 2017); no conference is scheduled for that date.

      The Court is surprised and distressed to hear that despite the September 30th fact discovery deadline set by Judge Go, the parties have conducted *no* discovery whatsoever — not even the exchange of initial disclosures and medical records/authorizations -- in the 39 months since this case was removed from state court. See 1/10/18 Letter. The parties now propose that they be afforded in excess of another year -- until February 1, 2019 -- to complete discovery. Their request is denied. The case has languished for far too long. That the parties will have to travel to St. Kitts to conduct depositions of some of the fact witnesses is hardly an unforeseen problem.

The Court sets the following expedited discovery schedule:

-Initial disclosures, including HIPAA authorizations, must be served by January 19, 2018

-Fact discovery must be completed by March 30, 2018

-Plaintiff's expert disclosures must be served by April 27, 2018

-Defendant's expert disclosures must be served by May 25, 2018

A settlement conference will be held on June 4, 2018 at 2:00 p.m., in Courtroom 13C-S.  Clients must be present or available by phone.  If the case does not settle, expert depositions must be completed by June 25, 2018, and the Court will set a schedule for preparation of the Joint Pretrial Order.

Counsel are warned that the Court will tolerate no further delays in this case.

**SO ORDERED.**

Dated: Brooklyn, New York
       January 11, 2018

/s/    *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**