**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of December, two thousand and seventeen,

Veronica Brown,

    Plaintiff - Appellee,

v.

Marriott International, Inc.,

    Defendant - Appellant,

St. Kitts Marriott Resort and the Royal Beach Casino,

    Defendant.

**ORDER**
Docket Number: 17-3524

A notice of appeal was filed on October 31, 2017. Appellant's Form C & D were due November 14, 2017. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 22, 2017 if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/19/2018