UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VERONICA BROWN

                              Plaintiff,

   -against-

MARRIOT INTERNATIONAL, INC.,

                              Defendants.
---------------------------------------------------------------X

Civil Case No.:
1:14-cv-5960 (SLT)

**PLAINTIFF'S NOTICE**
**TO PRODUCE**

     **PLEASE TAKE NOTICE**, that the Plaintiff(s) **VERONICA BROWN**, demand(s) that the Defendant(s), **MARRIOT INTERNATIONAL, INC.,** answer the following interrogatories within thirty (30) days of the date herein, pursuant to Rule 26 and Rule 33 of the Federal Rules of Civil Procedure, and in accordance with Rule 33.3, 46(a) and Rule 47 of the Local Civil Rules of the United States District Court of the Eastern District:

     1.    The names, residence addresses and current employment statuses of all housekeepers/maids/cleaning persons who were actually working in the subject hotel at all times between when the Plaintiff first checked in to the hotel on July 17, 2003 up until the time of Plaintiff's accident on July 18, 2003.

Dated: March 9, 2018
          New York, New York

                                                          *Yours etc.,*

                                            _____
                                            DAVID L. SCHER, ESQ.,
                                            BLOCK O'TOOLE & MURPHY, LLP.,
                                            Attorney for the Plaintiff-
                                            VERONICA BROWN
                                            One Penn Plaza, Suite 5315
                                            New York, NY 10119
                                            (212) 736-5300
                                            Our File No.: 4295

WADE CLARK MULCAHY, LLP.,
Attorney for the Defendant
MARRIOT INTERNATIONAL INC.,
180 Maiden Lane, 9th Floor
New York, NY 10038
(212) 267-1900
File No.: 170.09841.1