UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
VERONICA BROWN,

                          Plaintiff,                        <u>ORDER</u>

      -against-                           14-CV-5960 (NG)

MARRIOTT INTERNATIONAL, INC.,

                          Defendant.
---------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      All parties have now responded to the Court's settlement proposal. Unfortunately, there is no settlement. Parties should comply with all deadlines previously set by the Court.

        SO ORDERED.

Dated:    Brooklyn, New York
              June 29, 2018

                                        /s/  *Roanne L. Mann*
                                      **ROANNE L. MANN**
                                      **CHIEF UNITED STATES MAGISTRATE JUDGE**