**BLOCK O'TOOLE & MURPHY, LLP**

A T T O R N E Y S   A T   L A W

One Penn Plaza, Suite 5315
New York, NY 10119
Tel: (212) 736-5300  Fax: (212) 971-9840

www.blockotoole.com

**New Jersey Office**
116 Village Blvd
Suite 200
Princeton NJ 08540

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher
Scott Occhiogrosso
**Senior Counsel**
Frederick C. Aranki

**Associates**
Michael J. Hurwitz
Thomas Brennan
Christina Mark
Romina Tominovic
Daniel Seiden

**Of Counsel**
George A. Freitag
Javier A. Solano
Ravi Sattiraju
Edward V. Sapone

October 10, 2018

United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201
Attention: Honorable Roanne L. Mann

> Re: Brown v. St. Kitts Marriott Resort and the Royal Beach Casino et al.,
> Docket No.: 1:14-cv-05960-NG-RLM
> Our File No.: 4295

Dear Honorable Mann:

    This letter is being jointly submitted by both parties to request an adjournment of the October 24th pre-motion conference that is presently scheduled before Your Honor. Plaintiff's counsel has scheduling issues that make attending the conference on October 24th very difficult, including a deposition in another matter of a problematic witness who is under subpoena. We would greatly appreciate the Court considering our request for a new conference date. We have conferred and the parties respectfully suggest **October 31, 2018** as a potential new date that works for all parties. We will of course make ourselves available for any date that is amenable to the Court. Thank you for your consideration. We await instruction about how to proceed.

Respectfully Submitted,

David L. Scher

DLS/sps