**WADE CLARK MULCAHY LLP** | ATTORNEYS

180 Maiden Lane | Suite 901 | New York | NY 10038 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

November 28, 2018

*Via Electronic Filing*

Hon. Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Brown v. Marriott International Inc.
      Case 1:14-cv-05960-SLT-RLM

To The Honorable Nina Gershon:

We represent the defendant named in this action as Marriott International Inc. We file this letter with the consent of plaintiff's counsel.

The Court set a schedule for filing a motion for summary judgment. We request a 10 day extension. Marriott International Inc.'s motion is currently due to plaintiff's counsel on December 7, 2018; we respectfully request that the date be moved to December 17, 2018. With that extension, Plaintiff's opposition would now be due on January 14, 2019 and defense counsel shall serve the reply and file the fully briefed motion in accordance to the Court's bundling rule by January 21, 2019.

Thank you for your consideration in this matter.

Respectfully,

WADE CLARK MULCAHY LLP

Paul W. Vitale
PWV/dm