

**WADE CLARK MULCAHY LLP | ATTORNEYS**

180 Maiden Lane Suite 901   |   New York   |   NY 10038   |   212.267.1900   |   212.267.9470 Fax   |   www.wcmlaw.com

December 17, 2018

*Via E-Mail: dscher@blockotoole.com & Federal Express Overnight Mail*

David L. Scher, Esq.
Block O'Toole & Murphy, LLP
One Penn Plaza, Suite 5315
New York, NY 10119

Re:     Brown v. Marriott International Inc.
         Case 1:14-cv-05960-SLT-RLM

Dear Mr. Scher:

As per the Court rules and briefing schedule of Hon. Nina Gershon, please find enclosed courtesy copies of the following documents:

1.  MII's Notice of Motion for Summary Judgment;
2.  Rule 56.1 Statement of Undisputed Facts
3.  Declaration of Paul F. Clark, Esq. with exhibits;
4.  Memorandum of Law in Support of MII's Motion for Summary Judgment;

Thank you for your attention to this matter

Respectfully submitted,

WADE CLARK MULCAHY LLP

*/s/*
*Paul F. Clark*

*/s/*
*Paul W. Vitale*
PFC/PWV/dm
*Enclosure*

cc:     *Via ECF Filing*
        Hon. Nina Gershon
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201