Exhibit "2"

  
Marriott International | Marriott brands

MENU   English-US & Canada   |   FIND & RESERVE ▾   Sign in to My Account   |   Not a member?
Hotels, Deals & More   Email or Rewards #   Password   Sign In   Join Now

## Marriott Brands



78 Countries. 19 Hotel Brands

## COUNTLESS WAYS TO SAY WELCOME.

From luxurious resorts to urban retreats, bold boutiques to spacious suites, there's a Marriott® hotel brand as unique as the reasons you travel. The choice is all yours … the pleasure is all ours.





## The Ritz-Carlton

http://www.marriott.com/marriott-brands.mi

DEFENDANT'S EXHIBIT
A
3-12-18

6/4/2015



MENU    English-US & Canada    FIND & RESERVE ▾    Sign in to My Account    Not a member? Join Now
Hotels, Deals & More    Email or Rewards #    Password    Sign In

Hotels ▾    Like  50    ⋗ Share    Tweet  1

**Marriott & ResortsHotels**



## We found 522 hotels

Get our best available rate on Marriott.com. See brand exclusions and guarantee terms.

| | | | | Filter Results |
|---|---|---|---|---|
| **UNITED STATES** See all hotels in the United States | | | | ⊙ BRANDS |
| | Alabama (7) | Alaska (1) | Arizona (6) | ☑ Marriott Hotels & Resorts (522) |
| | Arkansas (1) | California (42) | Colorado (10) | ☐ Gaylord Hotels (5) |
| | Connecticut (6) | District of Columbia (4) | Florida (29) | ☐ The Ritz Carlton (92) |
| | Georgia (14) | Hawaii (4) | Illinois (15) | ☐ JW Marriott (80) |
| | Indiana (3) | Iowa (4) | Kansas (2) | ☐ EDITION Hotels (4) |
| | Kentucky (5) | Louisiana (4) | Maine (1) | ☐ Autograph Collection (93) |
| | Maryland (9) | Massachusetts (6) | Michigan (9) | ☐ Renaissance Hotels (165) |
| | Minnesota (6) | Mississippi (1) | Missouri (6) | ☐ AC Hotels (84) |
| | Nebraska (2) | Nevada (1) | New Hampshire (1) | ☐ Courtyard (1042) |
| | New Jersey (7) | New Mexico (2) | New York (14) | ☐ Protea Hotels – NEW! (108) |
| | North Carolina (9) | Ohio (8) | Oklahoma (2) | ☐ Fairfield Inn & Suites (770) |
| | Oregon (2) | Pennsylvania (7) | Rhode Island (2) | ☐ MOXY Hotels – NEW! (1) |
| | South Carolina (6) | Tennessee (6) | Texas (26) | ☐ SpringHill Suites (340) |
| | Utah (5) | Virginia (15) | Washington (4) | ☐ Residence Inn (707) |
| | West Virginia (1) | Wisconsin (4) | | ☐ TownePlace Suites (269) |
| **AFRICA** See all hotels in Africa | Algeria (1) | Egypt (3) | Rwanda (1) | ☐ Marriott Executive Apartments (26) |
| | | | | ☐ Marriott Vacation Club (58) |
| | | | | ☐ Conference Centers (7) |
| **ASIA** See all hotels in Asia | China (23) | India (5) | Japan (4) | ⊙ AMENITIES |
| | Kazakhstan (1) | Malaysia (3) | Pakistan (2) | ☐ High-speed Internet (513) |
| | Philippines (2) | Singapore (1) | Taiwan (1) | ☐ Free high speed Internet (74) |

Find Marriott Hotels and Resorts around the world

Page 2 of 3

|  |  | | Thailand (3) |
|---|---|---|---|

Free breakfast (6)

Fitness center (511)

Business center (494)

Restaurant on-site (512)

Pool (460)

Kitchen/kitchenette (60)

Plug In Panel (305)

Pet friendly (85)

Room service (516)

New Lobby (169)

**AUSTRALIA & PACIFIC ISLANDS**
See all hotels in Australia &
Pacific Islands

Australia (4)

**CANADA**
See all hotels in Canada

HOTEL TYPE

TRANSPORTATION

EVENTS

ACTIVITIES

HOTEL REWARDS CATEGORY

| **CARIBBEAN** See all hotels in the Caribbean | Aruba (1) | Cayman Islands (1) | Curacao (1) |
|---|---|---|---|
|  | Haiti (1) | Mexico (10) | Puerto Rico (1) |
|  | St. Kitts and Nevis (1) | Venezuela (1) | Virgin Islands (US) (1) |

| **CENTRAL AMERICA** See all hotels in Central America | Costa Rica (2) | Honduras (1) | Panama (1) |
|---|---|---|---|

| **EUROPE** See all hotels in Europe | Armenia (2) | Austria (1) | Belarus (1) |
|---|---|---|---|
|  | Belgium (2) | Czech Republic (1) | Denmark (1) |
|  | France (6) | Georgia (1) | Germany (9) |
|  | Hungary (1) | Italy (3) | Netherlands (1) |
|  | Poland (1) | Portugal (2) | Russia (6) |
|  | Spain (2) | Switzerland (1) | United Kingdom (50) |

**MEXICO**
See all hotels in Mexico

| **MIDDLE EAST** See all hotels in the Middle East | Jordan (3) | Oman (1) | Qatar (2) |
|---|---|---|---|
|  | Saudi Arabia (4) | Turkey (2) | United Arab Emirates (2) |

http://www.marriott.com/hotel-search/marriott-hotels-resorts-and-suites.hotels/          6/4/2015





Marriott International | Marriott brands

An enduring symbol of sophistication, style and legendary service, The Ritz-Carlton creates exceptional luxury experiences at more than 80 hotel and resort locations around the globe. The memories created by the ladies and gentlemen of The Ritz-Carlton stay with you long after you leave. Hotel directory

Exclusive luxury partner of Marriott Rewards®



## BVLGARI® Hotel & Resorts

This is the leading luxury hospitality collection in the world. It is comprised of a few select properties in major cosmopolitan cities and luxury resort destinations. Each location makes a strong reference to the local culture while retaining a distinctly Italian contemporary luxury feel.

BVLGARI does not participate in Marriott Rewards®.




## EDITION®

Ian Schrager's refreshing collection of one-of-a-kind modern luxury hotels, created in collaboration with Marriott, is an evolutionary response to the desire for a sophisticated experience from the guest with a contemporary lifestyle. The Istanbul EDITION is the brand's debut property, followed by the recent premiere of The London EDITION. Planned openings are also scheduled in gateway cities such as Miami Beach, New York, Abu Dhabi and several other cities. Hotel directory.

Proudly participates in Marriott Rewards®



http://www.marriott.com/marriott-brands.mi

6/4/2015

Marriott International | Marriott brands



## Marriott Hotels®

Today, Marriott Hotels celebrate the travelers of the world. Our mission is to host you brilliantly ... to make your every event and stay with us unforgettable and effortless. From next gen meeting spaces to tech-enhanced guest service and beyond, we offer 500 locations worldwide to help you connect, relax and recharge — wherever it is your travels take you. Hotel directory

Proudly participates in Marriott Rewards®





## Delta Hotels and Resorts

One of North America's leading four-star brands, Delta Hotels and Resorts offers hotels in gateway cities such as Toronto and Edmonton, as well as one-of-a-kind resorts in destinations including Banff and Whistler. Whether you're traveling for business or play, modern and timeless design, personable service and well-appointed amenities are always included.

We'll soon be welcoming Delta Hotels and Resorts into Marriott Rewards®. Check back for details on when you can earn and use points with our newest brand.



## Marriott Executive Apartments®







MAINTANCE
MAN USING
the PHONE
IN MY Room

_St. Kitts Marriott Resort_
## Voluntary Statement:

With the understanding that I'm not obligated to give a statement and that I might seek legal advice at any time before any statement or declaration is given.

| Full Name: | (Please Print Name) | | |
|---|---|---|---|
| Mrs. Mr. Ms. | Veronica Brown - Mulvaney | | D.O.B (mm/dd/yyyy) 4/9/58 |

Address: 463 EAST 56 ST

City: BROOKLYN NY

Country: USA

State/Province: NY

ZIP: 11203 | Email: Buelie3@verizon.net | Date: (mm/dd/yyyy) 9/18/13

Phone Number/s: 718 629-1713 - 917 584-2432

Work Address: (Associate Department) DOE 5480 Tilbanple | Job Title: Registered Nurse

To the best of your ability, describe the incident. Please include all information.

I got up to walk to the bathroom
I slipped and fell in water
near the bathroom door. There
was a leaking air AC.
vent. in the room

I have reviewed this statement and believe it is true and accurate to the best of my recollection.

Signature: _Veronica_

Associate:    Guest:    witness:    Other:    Witness: (Loss Prevention) Judith Gomez Caldwell

Report code: (office use only) P 13-0097

If this statement continues please specify the total at the end. Copy 1 of 1

MI - 00085


DEFENDANT'S EXHIBIT
3-13-18







# COLOR YOURSELF SATISFIED.





**Real Estate purchases at Christophe Harbour qualify for Citizenship by Investment.**

CHRISTOPHE HARBOUR
ST. KITTS

Visit our sales office on
the Southeast Peninsula.
ChristopheHarbour.com
869.466.8738

LUXURY LIVING | SUPERYACHT MARINA | LIMITLESS ADVENTURE



ST. KITTS
RESORT
& THE ROYAL BEACH CASINO
*Marriott*



The St. Kitts Marriott Resort and Royal Beach Casino warmly welcomes you to the twin island Federation of St. Kitts and Nevis. Nestled in a true tropical setting between the Atlantic Ocean and Caribbean Sea, St. Kitts is the ideal vacation spot.

At the St. Kitts Marriott Resort and the Royal Beach Casino our goal is to make your stay a most enjoyable experience. Whether you are here to enjoy our beaches or explore our lush rainforest, our beautiful resort and dedicated staff are here to accommodate you.





## TABLE OF CONTENTS

Pg 1 .............................................. Welcome

Pg 5 .............................................. Discover St Kitts

Pg 7 .............................................. Hotel Services

Pg 7 .............................................. Weddings & Business Center

Pg 9 .............................................. Safety/Housekeeping

Pg 11 ............................................. Phone Calls

Pg 11 ............................................. Resort Amenities

Pg 12 ............................................. Restaurants

Pg 15 ............................................. Activities





THE EVERLASTING SWEET TASTE OF
CHOCOLATE COLOR
DIAMONDS



# KAY'S
## FINE JEWELRY
*"Luxury with a Family Touch"*
ARUBA · ST. KITTS · ST. MAARTEN

**ST. KITTS**
Building #29 · Unit #1
Port Zante, Basseterre
Tel: 1-869-465-4068

**Marriott Resort & Royal Beach Casino**
858 Frigate Bay Rd.
Frigate Bay, St.Kitts
Tel: 1-869-465-7106

E-mail: kaysskb@sisterisles.kn · www.kaysfinejewelry.com
Friend us on Facebook: KFJ Caribbean

---

Prestigious island living has arrived . . .



## BK B Kassab & Associates
## Real Estate Services

Sale of Homes, Condos, Villas,
Land, Commercial Property
◆
Vacation Rentals
◆
Property Management
◆
Citizenship Investments

**Princes Street, St. Kitts, West Indies**
Tel: (869) 466-6341  .  Fax: (869) 466-6340
Email: sales@bkassab.com  .  Website: bkassab.com



## Welcome & Enjoy Your Stay!
### St. Kitts Marriott Resort & The Royal Beach Casino

Strategically located in the Frigate Bay area, our Resort is situated on the Atlantic Beach with a 10 minute walk taking you to the Caribbean Sea. The view of a meandering South East Peninsula relaxes you as you lie on the Atlantic beach. Picturesque mountains border the western side of our Resort confirming that you are definitely in the Caribbean.

In addition to these treasures, we boast 3 pools, 4 lighted tennis courts, exceptional recreational facilities and activities, a kids club and two fitness centers and spa.

For those who brought "Lady Luck" with them, try your hand at our casino games or on our 18 hole championship golf course.

### WEDDINGS & BUSINESS CENTER
### Concierge/Guest Services

Our professional and friendly concierge staff is always happy to assist you. For general information on St. Kitts & Nevis, recommendations on what to see and do, restaurants, nightlife and other activities, please **dial 7800/7802** or visit our Guest Services desk in the main lobby.

### Weddings

Imagine your wedding day, that perfect beach setting, the majestic mountains in the distance, turquoise waters gently caressing the golden sand between your toes and a faithful trade wind blowing gently like a kiss. Our team of wedding professionals can make your wedding dreams come true. **Dial 0** (At Your Service) and ask to be transferred to our Certified Wedding Coordinator for more information on our wedding packages.

### SAFETY/HOUSEKEEPING
### Guest Services

Your in-room Guest Services Directory contains a full list of the guest services provided by the hotel or you may **dial 0** (At Your Service) for more information.



Christophe Harbour introduces Windswept Residence Club

- STREAMLINED CITIZENSHIP-BY-INVESTMENT OPPORTUNITIES
- WATER VIEWS FROM $400,000
- MEMBERSHIP AT THE CHRISTOPHE HARBOUR CLUB
- CONCIERGE AND MANAGEMENT STAFF

CHRISTOPHE HARBOUR
ST KITTS

869.466.8738
info@ChristopheHarbour.com

CLAIM YOUR SHARE OF CARIBBEAN BLISS.



**Room Key**
Your room number is not marked on your key for your protection. Additional keys can be obtained at the front desk. Proper identification is required.

**Safety Deposit Boxes**
Boxes are available in your room or at the Front Desk without charge

**Lost and Found**
To report lost and found items please **dial 0** (At Your Service).

**Doctor on Call**
Medical staff is on call 24 hours a day. Should you require medical assistance, please **dial 0** (At Your Service). Information on each doctor is available from our Guest Services desk

**Room Cleaning**
Rooms are serviced between 8:30am and 4:30pm If you wish to have your room serviced at another time, please confirm this time by dialing 0 and advise our At Your Service agent

**Laundry**
Full service laundry is available. Items sent to the laundry by 9:00am will be returned to your room by 5:30pm, seven days a week **Dial 0** (At Your Service) for pick up or drop off at the front desk.

**PHONE CALLS**
**Long Distance**
Staying in touch is important. Please check your Guest Services Directory or **dial 0** (At Your Service) for information on access charges.

**Collect Calls**
For collect calls, please **dial 9 + 0 + Area Code + Number** Note Collect calls are not free. Please see tent card in your room for pricing



SHIPWRECK

TEL: 869.764.7200

St. Kitts Marriott    9



**Weekly Events at the St. Kitts Marriott Resort**
For reservations please dial 7800
Ask about our 'Kids Eat For FREE' special!

*blu*
SEAFOOD RESTAURANT

'Down By The Sea'
Featuring Fresh Lobster
**Every Monday**
from 6-10 pm

*La Cucina*

'La Festa Italiana'
With Live Pasta Stations
**Every Tuesday**
from 6-10 pm

*Bohemia*
BEACH POOL BAR

'BBQ By The Beach'
Featuring all BBQ Classics
**Every Friday**
from 6-10 pm

**Local Calls**
For local calls, please dial 9 + number. Charges apply

**Wake-up Calls**
Our "At Your Service" agent will gladly assist. Dial 0

**International Calling Cards**
For your convenience, International Calling Cards have been made available for purchase in Pronto and can be used from any payphone on property or around the island

**Voicemail**
Voicemail is available in every room. Messages are private and recorded to your telephone. To access your voicemail please press the voicemail button on your telephone

**Cellular Phones**
Keep in touch with your loved ones during your travels around the island. Cellular phones are available for daily rental at the hotel's Guest Services desk located in the lobby level. Please dial ext. 7800

**RESORT AMENITIES**

**Car Rental**
A car rental desk is located in our Business Center. Please dial 7801 for more information

**Business Center**
Located on the lobby level, the fully-equipped Business Center has everything you need to stay in touch and get your work done efficiently. Send and receive faxes, make copies, access your e-mail or surf the web. Business Center is open 24/7 for these and any other business needs. Dial 0 for further information.

**Fitness Center**
Our Fitness Center features daily spinning and other classes, treadmills, free weights and body building apparatus. For a minimal fee, a personal trainer is available to you. Our 24 hour access fitness center is free to all guests. We have two locations, on the ground floor adjacent to the Emerald Mist Spa and on the ground level below the Business Center.

**Spa**
Body and facial treatments, manicures, pedicures and hair services are all available at our Emerald Mist Spa. Professional masseurs offer a variety of massage therapy guaranteed to relax anyone. Please dial ext. 7630 for additional information.

**Shops**
Conveniently located on our Lobby Level, you'll find a Sundries & Gift Shop, International Clothing Boutiques, Jewelry Shops and much more.

**Kay's Fine Jewelry** located in the Lobby Level, carries Tag Heuer, Chopard, Pandora, Gucci, Swarovski, Piaget, Hublot, Mikimoto and lots of Diamond and Colored Diamond Jewelry. See ads on pages 2, 6 and 16

St. Kitts Marriott    11



## RESTAURANTS
The St. Kitts Marriott Resort features a variety of restaurants to fit your expectations. Feast on national and international cuisine prepared to satisfy your every fancy. For reservations or more information, please **dial ext 7800/7802**.

## Calypso Restaurant
Serving breakfast and lunch. Bountiful breakfast buffet delights even the most demanding palates. No reservations necessary.

## La Cucina
Experience authentic Italian cuisine as you enjoy the chefs preparing all dishes using only the freshest ingredients. Open for dinner from 6:00pm. Join us on Tuesdays for the ultimate family feast 'La Festa Italiana' with pasta stations. Reservations are recommended.

## Royal Grille Steakhouse
A classic steakhouse offering mouth-watering beef and seafood cooked to your preference in our open kitchen. Whatever the occasion, the "Grille" is the perfect choice. Dress code is resort elegant and reservations are recommended.

## Pizza Shack
Take a moment to sit back and enjoy our unique menu while you feel the cool breeze of the Atlantic Ocean soothe your mind. The open-air atmosphere will allow you to stir up some fun or easily wind down from an exciting day.

## Café Calypso
Enjoy flavored coffee, espresso, sandwiches, snacks and pastries daily at the café, located at the entrance to Calypso. Serving breakfast, lunch and late-night dinner. Dine in or take out. Open daily from 6 am.

## Blu
Dine from a selection of seafood while enjoying the panoramic views of the Atlantic Ocean. Join us on Mondays for 'Down By The Sea'. Hear the sounds of the ocean and listen to the steel pan while you indulge in a three course dinner including grilled lobster. Reservations are recommended.

## Bohemia Beach Bar & Grille
With its swim-up bar and calypso music, Bohemia is the place to see and be seen. Cool down with a cocktail while you indulge in jerk-style chicken wings, an island sandwich or a traditional burger. Join us on Fridays for 'BBQ By The Beach'.

## Lobby Bar
The Lobby Bar provides just the right ambience to gather with friends or make new ones over cocktails and freshly prepared sushi.

## The Keys Rum and Cigar Bar
The sweet aroma of tobacco, its sleek bamboo wood decor and the diffused lighting are exactly what you would expect to find in this classic, sophisticated cigar bar.

## The Golf Clubhouse Grille
Located at the Royal St. Kitts Golf Club, guests can toast to their success on the greens with frosty beers, soft drinks and lemonade. Open for lunch, serving towering burgers and other fare.

## Room Service
Snack or dine in the comfort of your room. Room service is available from 6 am to midnight. To place your order, please **dial 0**.



## Waterfalls Restaurant



**Tel: 869.465.2754**
**Ext. 230**

A fabulous romantic setting, surrounded by lush tropical gardens and a panoramic view of Basseterre, offering a culinary experience that is a feast for the senses. Our chef welcomes you to discover his menu creations, described as "Art On a Plate." Waterfalls offers the choice of an outdoor veranda setting or for private engagements, an air-conditioned dining room. For reservations, contact **waterfalls@oceanterraceinn.** com. Need a cocktail before dinner? Visit **Fisherman's Wharf,** only a 2 minute walk from the Waterfalls Restaurant, offers the only dining experience on the water. You may be tempted to try their renowned local seafood dishes grilled to perfection. Open daily from 6.30pm Tel: 465-2754.





### ACTIVITIES

A daily activities program can be found in our daily newsletter. In addition to our breathtaking Atlantic-side beach, we offer a full agenda of daily activities, including water aerobics and water volleyball, tennis, dance lessons and pottery painting. On days when we experience "liquid sunshine" (rain) indoor activities are arranged.

### Golf

Enjoy our challenging 18 hole par 71 layout year round. This links-style golf course has five par 3s with three full holes on the Atlantic Ocean and two full holes with view of the Caribbean Sea. The golf course is spread over 125 acres of irrigated lush seashore paspalum, an advanced hybrid turf grass specifically designed to tolerate the salty ocean spray. The Royal St. Kitts Golf Club is sure to test your skills while stimulating all your senses during a golf experience you will never forget. The following amenities are available: Golf Pro Shop, Club and Shoe Rental, Practice Facility, Private Instructions (available by appointment) Please **dial ext. 7600**.

### Tennis

Tennis anyone? A Tennis Pro is on hand to offer lessons or arrange matches on any of our resort's four courts. For more information, please contact our activities center at Please **dial ext. 7806**

### Royal Beach Casino

Come play in Paradise. The Royal Beach Casino offers a full compliment of table games as well as over 400 slot machines. Join our exclusive Caribbean Advantage Jewel Players Club and earn rewards as you play. Please **dial ext. 7285**

### Kids Club

An educational and entertaining program designed for kids from 6 to 12 years old. Sign up for a fun filled day of activities such as games, contests, handicrafts, painting and much more. Full day participants receive lunch, half-day options are available including a snack, evening programs include dinner. A sign up fee applies and discounts available for siblings. Please **dial ext. 7809/7806**



MARRIOTT RESORT
ST KITTS
THE ROYAL BEACH CASINO

# RESORT MAP & RESTAURANT GUIDE

858 Frigate Bay Road | Frigate Bay | St. Kitts | West Indies
Tel: 1.869.466.1200 | Fax: 1.869.466.1201
www.stkittsmarriott.com

## BLU SEAFOOD RESTAURANT

Enjoy a true dining experience at our renowned St. Kitts restaurant, featuring the freshest seafood, creatively prepared, using local and international inspiration in a stunning atmosphere with 180 degree panoramic ocean views.
*Open from 6-10 pm*

## ROYAL GRILLE STEAKHOUSE

Warm and sophisticated, this "city-style" steakhouse serves succulent cuts of beef and seafood, along with an international wine list.
*Open from 6-10 pm*

## LA CUCINA ITALIAN RESTAURANT

Specializing in the dishes of Northern Italy, La Cucina delights guests with a beautiful rustic setting and a wide selection of Italian and International wines.
*Open from 6-10 pm*

## CALYPSO RESTAURANT

A popular spot for family dining, Calypso features buffet and a la carte selections emphasizing local ingredients that include fresh fish, fruits and vegetables.
*breakfast: 7 am–11 am*
*lunch: 11 am–2 pm*

## CAFÉ CALYPSO

Enjoy flavored coffee, espresso, sandwiches, snacks and pastries daily at the Café, located at the entrance to Calypso. Serving breakfast, lunch and late night dinner
*Open daily from 6 am–12 am*



## BOHEMIA BEACH POOL BAR & GRILLE

This casual poolside St Kitts restaurant serves unbeatable salads, burgers, sandwiches and frozen drinks overlooking the beach and ocean. Stay cool at the swim-up bar or under the covered patio.
*Open daily from 10 am – 7 pm*

## LOBBY BAR

Open daily for those looking for a casual dining atmosphere. On select evenings guests will enjoy live entertainment.
Sushi served Wednesday through Sunday from 6–9:30 pm.
*Open daily 4 pm–12 am*

## PIZZA SHACK

Keep it casual with homemade pizza and ice cream served at this outdoor patio restaurant.
*Open daily from 12–10 pm*

## THE GOLF CLUBHOUSE GRILLE

Located at the Royal St. Kitts Golf Club, guests can toast to their success on the greens with frosty beers, soft drinks and lemonade. Open for lunch, serving towering burgers, sandwiches and other fare
*Open daily from 7 am–6 pm*

**For reservations, please contact the Guest Services Desk at extensions 7800 or 7802.**

*The opening hours may change seasonally. Please contact Guest Services at extensions 7800 or 7802 to confirm the opening hours during your stay.*



MARRIOTT RESORT
ST KITTS
THE ROYAL BEACH CASINO

GARDEN VILLAS

(1) Pembroke House
(4) Turtle Bay House
(7) Westbury House
(10) Canada House
(13) Cockleshell House

(2) Basseterre House
(5) Trinity House
(8) Jessup House
(11) Tabernacle House
(16) Caribe House

(3) Brimstone House
(6) Palmetto House
(9) Camp Bay House
(12) Newton House
(17) Cable Bay House

MAIN BUILDING KEY

Ground Floor
2nd Floor
3rd Floor




## St. Kitts Marriott International
### INCIDENT REPORT

| Type of incident | | | Date of Incident | Date of Report | Guest (X) |
|---|---|---|---|---|---|
| Slip and Fall | | | 18/07/2013 | 18/07/2013 | Associate ( ) |
| Exact Location of Incident | | | Time of Incident | Time of Report | Incident Code |
| On Floor Next to restroom sink. | | | 00:15 | 00:20 | 13-0097 |
| Name | | | Address | | |
| Mrs. Veronica Brown-Mulvaney | | | 463 East 56 St, Brooklyn, New York, U.S.A. | | |
| Date of Birth | Sex | Work Telephone | Home Telephone # | E-mail Address | |
| April 9th 1956 | F | 1-718-629-1213 | 1-917-584-9432 | Buffie3@verizon.net | |

**NARRATIVE:** *Give details in concise terms: What occurred, where, by whom, to whom, why. Identify all people involved and list all witnesses with Addresses, if then, state what was taken, value, description and, if possible, how could have happened*

On Wednesday 18th July 2013 at about 00:20 hrs, I was informed of a slip and fall in room 455. I left to investigate.

I arrived at room 455 and was met at the door by Ms. Judith Gomez. She allowed me in and introduced Mrs. Victoria Brown-Mulvaney. Ms. Brown-Mulvaney stated, she was making her way to the restroom when she slipped and fell as result of the water that dripped from the AC vent in the ceiling onto the tiled floor. She landed on the outer side of her left leg. There was pain in the covering from her hip down to her leg. She did not see the need for further care but would monitor throughout her stay and inform us if anything developed.

I arrived at the room and met Mrs. Brown-Mulvaney quietly lying in bed. She declined being taken to the hospital or having an ice pack applied to the area. Specific mention was made as to having the incident reported. When asked about providing a statement she scheduled for a later time. I received her voluntary statement in the Lobby at 07:15 hrs. At that point she stated that her left ankle was swollen as a result. She walked through the Lobby Entrance/Exit unassisted, after handing me her statement.

Tyrone O'Loughlin (EOD) arrived in the room before me. He confirmed that there was water on the floor. This was result of the AC drainage pan having a leak which caused water to drip from the vent in the ceiling on to the floor. The repair process was under way by the Engineering Team.

**Please See Accompanying Data**

a) Voluntary Statement of Mrs. Brown - Mulvaney
b) Room Folio





tabbies

DEFENDANT'S
EXHIBIT

3-12-18

No. 127582    ST. KITTS-NEVIS

Date ......10......07...... 20 15

Received of ........Veronica......Browne.

the Sum of ........Seventy......................Dollars

and ...............................................................cents

for ..............Hosp.....fee.........

s ........70.00.......

Medical Officer

---

## X - RAY REQUEST FORM

Name: Young......Brown......Veronica.....    Age: 53    Ward: MIS

Address: ..................................................    Referred by: Dr. ...............

Examination Requested: X-Ray    Date last X - Rayed:

Part to be X - Rayed: C Ankle.

Clinical History: ...................................................

Date: ...................................................    Date of X - Ray: ...................

X - Ray No. ...................................................    Medical Officer



**ST. KITTS**
RESORT
& THE ROYAL BEACH CASINO
**Marriott.**

Veronica Browne-Mulvaney
463  East 56 St
Brooklyn NY 11203
United States

INFORMATION INVOICE

Company Name      :

| | |
|---|---|
| Room No. | : 12215 |
| Arrival | : 17/07/13 |
| Departure | : 28/07/13 |
| Page No. | : 1 of 2 |
| Folio / Inv. | : / |
| Conf. No. | : 81838062 |
| User ID | : DGILB346 |
| Cashier No. | : 1061 |

Thank you for staying with us                                         22/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 17/07/13 | Room Charge | 84.00 | |
| 17/07/13 | Island Enhancement Tax | 1.68 | |
| 17/07/13 | Service Charge | 10.50 | |
| 17/07/13 | VAT 10% | 8.40 | |
| 18/07/13 | Room Charge | 84.00 | |
| 18/07/13 | Island Enhancement Tax | 1.68 | |
| 18/07/13 | Service Charge | 10.50 | |
| 18/07/13 | VAT 10% | 8.40 | |
| 19/07/13 | Room Charge | 84.00 | |
| 19/07/13 | Island Enhancement Tax | 1.68 | |
| 19/07/13 | Service Charge | 10.50 | |
| 19/07/13 | VAT 10% | 8.40 | |
| 20/07/13 | Room Service Room# 00455 : CHECK# 345 | 10.87 | |
| 20/07/13 | Room Charge | 84.00 | |
| 20/07/13 | Island Enhancement Tax | 1.68 | |
| 20/07/13 | Service Charge | 10.50 | |
| 20/07/13 | VAT 10% | 8.40 | |
| 21/07/13 | Calypso Restaurant Room# 12215 : CHECK# 1038 | 59.82 | |
| 21/07/13 | Emerald Mist Spa Room# 12215 : CHECK# 0000 | 49.00 | |
| 21/07/13 | Room Charge | 84.00 | |
| 21/07/13 | Island Enhancement Tax | 1.68 | |
| 21/07/13 | Service Charge | 10.50 | |
| 21/07/13 | VAT 10% | 8.40 | |
| 22/07/13 | Calypso Cafe | 8.02 | |

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201



MI - 00086

## ST. KITTS
### RESORT
### & THE ROYAL BEACH CASINO
**Marriott**

Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INFORMATION INVOICE

Company Name    :

| | |
|---|---|
| Room No. : | 12215 |
| Arrival : | 17/07/13 |
| Departure : | 28/07/13 |
| Page No. : | 2 of 2 |
| Folio / Inv. : | / |
| Conf. No. : | 81838062 |
| User ID : | DGILB346 |
| Cashier No. : | 1061 |

Thank you for staying with us

22/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 22/07/13 | Room# 12215 : CHECK# 2161 S&P Engineer Hosp Guest had leak in room and fell, credit was done for taxi fees and hospital and bandaid | | 72.06 |
| | | 650.61 | 72.06 |
| | Balance | 578.55 USD | |

**Signature** _____

Should you have any questions concerning your account, please contact our Front Office Manager at
mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used
by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the
country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201

MI - 00087

## ST. KITTS
### RESORT
### & THE ROYAL BEACH CASINO
### Marriott

Vero nica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INFO RMATION INVOICE

Company Name    :

| | |
|---|---|
| Room No. | : 00455 |
| Arrival | : 17/07/13 |
| Departure | : 28/07/13 |
| Page No. | : 1 of 1 |
| Folio / Inv. | : / |
| Conf. No. | : 81838062 |
| User ID | : KWARN393 |
| Cashier No. | : 1015 |

Thank you for staying with us

18/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 17/07/13 | Room Charge | | |
| 17/07/13 | Island Enhancement Tax | 84.00 | |
| 17/07/13 | Service Charge | 1.68 | |
| 17/07/13 | VAT 10% | 10.50 | |
| | | 8.40 | |
| | | 104.58 | 0.00 |
| | Balance | 104.58 USD | |

Signature _____

Should you have any questions concerning your account, please contact our Front Office Manager at
mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that International credit cards are subject to exchange rates that may vary slightly from the one used
by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the
country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201

MI - 00088