Exhibit "3"

≡
MENU

English–US & Canada 🇺🇸 🇨🇦

FIND & RESERVE ▾
Hotels, Deals & More

Sign In to My Account
Email or Rewards #    Password    **Sign In**

Not a
member?
Join Now

## Marriott Brands


78 Countries. 19 Hotel Brands

### COUNTLESS WAYS TO SAY WELCOME.

From luxurious resorts to urban retreats, bold boutiques to spacious suites, there's a Marriott® hotel brand as unique as the reasons you travel. The choice is all yours ... the pleasure is all ours.

      

       



## The Ritz-Carlton

http://www.marriott.com/marriott-brands.mi

EXHIBIT
Cunliffe
1   5/30/18
6/4/2015

An enduring symbol of sophistication, style and legendary service, The Ritz-Carlton creates exceptional luxury experiences at more than 80 hotel and resort locations around the globe. The memories created by the ladies and gentlemen of The Ritz-Carlton stay with you long after you leave. Hotel directory

Exclusive luxury partner of Marriott Rewards®





## BVLGARI® Hotel & Resorts

This is the leading luxury hospitality collection in the world. It is comprised of a few select properties in major cosmopolitan cities and luxury resort destinations. Each location makes a strong reference to the local culture while retaining a distinctly Italian contemporary luxury feel.

BVLGARI does not participate in Marriott Rewards®.





## EDITION®

Ian Schrager's refreshing collection of one-of-a-kind modern luxury hotels, created in collaboration with Marriott, is an evolutionary response to the desire for a sophisticated experience from the guest with a contemporary lifestyle. The Istanbul EDITION is the brand's debut property, followed by the recent premiere of The London EDITION. Planned openings are also scheduled in gateway cities such as Miami Beach, New York, Abu Dhabi and several other cities. Hotel directory.

Proudly participates in Marriott Rewards®



http://www.marriott.com/marriott-brands.mi          6/4/2015

Marriott International | Marriott brands





## Marriott Hotels®

Today, Marriott Hotels celebrate the travelers of the world. Our mission is to host you brilliantly… to make your every event and stay with us unforgettable and effortless. From next gen meeting spaces to tech-enhanced guest service and beyond, we offer 500 locations worldwide to help you connect, relax and recharge — wherever it is your travels take you. Hotel directory

Proudly participates in Marriott Rewards®





## Delta Hotels and Resorts

One of North America's leading four-star brands, Delta Hotels and Resorts offers hotels in gateway cities such as Toronto and Edmonton, as well as one-of-a-kind resorts in destinations including Banff and Whistler. Whether you're traveling for business or play, modern and timeless design, personable service and well-appointed amenities are always included.

We'll soon be welcoming Delta Hotels and Resorts into Marriott Rewards®. Check back for details on when you can earn and use points with our newest brand.





## Marriott Executive Apartments®

http://

Find Marriott Hotels and Resorts around the World



We found **522 hotels**

Get our best available rate on Marriott.com. See brand exclusions and guarantee terms.



| UNITED STATES | | | |
|---|---|---|---|
| See all hotels in the United States | Alabama (7) | Alaska (1) | Arizona (6) |
| | Arkansas (1) | California (42) | Colorado (10) |
| | Connecticut (6) | District of Columbia (4) | Florida (29) |
| | Georgia (14) | Hawaii (4) | Illinois (15) |
| | Indiana (3) | Iowa (4) | Kansas (2) |
| | Kentucky (5) | Louisiana (4) | Maine (1) |
| | Maryland (9) | Massachusetts (8) | Michigan (9) |
| | Minnesota (6) | Mississippi (1) | Missouri (6) |
| | Nebraska (2) | Nevada (1) | New Hampshire (1) |
| | New Jersey (7) | New Mexico (2) | New York (14) |
| | North Carolina (9) | Ohio (8) | Oklahoma (2) |
| | Oregon (2) | Pennsylvania (7) | Rhode Island (2) |
| | South Carolina (6) | Tennessee (6) | Texas (26) |
| | Utah (5) | Virginia (15) | Washington (4) |
| | West Virginia (1) | Wisconsin (4) | |

| AFRICA | | | |
|---|---|---|---|
| See all hotels in Africa | Algeria (1) | Egypt (3) | Rwanda (1) |

| ASIA | | | |
|---|---|---|---|
| See all hotels in Asia | China (23) | India (5) | Japan (4) |
| | Kazakhstan (1) | Malaysia (3) | Pakistan (2) |
| | Philippines (2) | Singapore (1) | Taiwan (1) |

**Filter Results**

⊖ **BRANDS**

☑ Marriott Hotels & Resorts (522)
☐ Gaylord Hotels (5)
☐ The Ritz-Carlton (92)
☐ JW Marriott (80)
☐ EDITION Hotels (4)
☐ Autograph Collection (93)
☐ Renaissance Hotels (165)
☐ AC Hotels (84)
☐ Courtyard (1042)
☐ Protea Hotels – NEW! (108)
☐ Fairfield Inn & Suites (770)
☐ MOXY Hotels – NEW! (1)
☐ SpringHill Suites (340)
☐ Residence Inn (707)
☐ TownePlace Suites (269)
☐ Marriott Executive Apartments (26)
☐ Marriott Vacation Club (58)
☐ Conference Centers (7)

⊖ **AMENITIES**

☐ High-speed Internet (519)
☐ Free high speed Internet (74)

Find Marriott Hotels and Resorts around the world

Thailand (3)

**AUSTRALIA & PACIFIC ISLANDS**
See all hotels in Australia &
Pacific Islands

Australia (4)

**CANADA**
See all hotels in Canada

**CARIBBEAN**
See all hotels in the Caribbean

| Aruba (1) | Cayman Islands (1) | Curacao (1) |
| St. Kitts and Nevis (1) | Mexico (10) | Puerto Rico (1) |
| Haiti (1) | Venezuela (1) | Virgin Islands (US) (1) |

**CENTRAL AMERICA**
See all hotels in Central America

| Costa Rica (2) | Honduras (1) | Panama (1) |

**EUROPE**
See all hotels in Europe

| Armenia (2) | Austria (1) | Belarus (1) |
| Belgium (2) | Czech Republic (1) | Denmark (1) |
| France (6) | Georgia (1) | Germany (9) |
| Hungary (1) | Italy (3) | Netherlands (1) |
| Poland (1) | Portugal (2) | Russia (6) |
| Spain (2) | Switzerland (1) | United Kingdom (60) |

**MEXICO**
See all hotels in Mexico

**MIDDLE EAST**
See all hotels in the Middle East

| Jordan (3) | Oman (1) | Qatar (2) |
| Saudi Arabia (4) | Turkey (2) | United Arab Emirates (2) |

☐ Free breakfast (6)
☐ Fitness center (511)
☐ Business center (494)
☐ Restaurant on-site (512)
☐ Pool (460)
☐ Kitchen/kitchenette (60)
☐ Plug in Panel (305)
☐ Pet friendly (85)
☐ Room service (516)
☐ New Lobby (169)
⊙ HOTEL TYPE
⊙ TRANSPORTATION
⊙ EVENTS
⊙ ACTIVITIES
⊙ HOTEL REWARDS CATEGORY

http://www.marriott.com/hotel-search/marriott-hotels-resorts-and-suites.hotels/          6/4/2015



Cannot

# Marriott

## Room Rate Discount Authorization Form

According to Company policy, presentation of this Authorization Form entitles the below-named individual to receive the Associate Room Rate or Friends and Family Rate on a space available basis at participating Marriott International operated and franchised lodging or Marriott Vacations Worldwide Corporation properties globally. The Associate Room Rate is limited to a maximum of two rooms per night. These discounted rates are for personal travel only.

Accommodations at the discounted rate are requested for:

[ ] Spouse or Domestic Partner of Associate
[ ] Child of Associate
[ ] Parent or Parent-In-Law of Associate or Parent of Domestic Partner
[ ✓ ] Brother or Sister of Associate (only for stays at Courtyard, Fairfield Inn, Residence Inn, SpringHill Suites and TownePlace Suites properties)
[ ] Friends and Family Rate

_____
(Name of Guest)

**Note:** Associates must use the current year's Associate Discount Card.
*This Authorization Form expires 60 days after the issue date.*

### TERMS AND CONDITIONS OF THE ROOM RATE DISCOUNT PROGRAM BENEFIT

1. Falsification or other misrepresentation of information on this Authorization Form will constitute grounds for immediate termination of the associate's employment.
2. This *original* Authorization Form must be presented and surrendered at the front desk at the time of check-in and may not be used by anyone other than the authorized individual. *A separate form must be completed for each property visited.*
3. Photo identification and this Authorization Form are required at the time of check-in.
4. Credit must be established at the time of check-in.
5. Associates and immediate family members will receive the Associate Room Rate *for personal travel only* (not business). Associates traveling on business who receive the Associate Room Rate for personal travel put their hotel, division, or franchise at risk of losing the associate room rate discount benefit for all their associates.
6. *Use of the Room Rate Discount is a privilege.* Your conduct and professionalism (as well as those persons in your party) as a guest is a representation of Marriott and affiliated companies and their associates. Any inappropriate conduct or behavior as a guest in a participating hotel will be dealt with as misconduct in connection with the associate's employment. Any conduct or behavior deemed inappropriate by the management of the hotel where you are a guest could result in the associate receiving disciplinary action, loss of room discount privileges, written warnings, and possible termination of employment.

By requesting this room discount benefit, I accept and agree to abide by the terms and conditions outlined above.

_____     _____
(Name of Associate)                 (Associate's Employee ID)

**Issued By:**

_____     _____
(Name of Manager)                   (Manager's Email Address)

_____
(Business Unit/Department/Location)

_____     _____
(Manager's Phone Number)            (Issue Date)

EXHIBIT
Cunliffe
2   5/30/18
8B

— A —

## ST. KITTS
### RESORT
& THE ROYAL BEACH CASINO

### Marriott.

Veronica Browne-Mulvaney
463  East 56 St
Brooklyn NY 11203
United States

INFORMATION INVOICE

Company Name   :

| | | |
|---|---|---|
| Room No. | : | 12215 |
| Arrival | : | 17/07/13 |
| Departure | : | 28/07/13 |
| Page No. | : | 1 of 2 |
| Folio / Inv. | : | / |
| Conf. No. | : | 81838062 |
| User ID | : | DGILB346 |
| Cashier No. | : | 1061 |

Thank you for staying with us

22/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 17/07/13 | Room Charge | 84.00 | |
| 17/07/13 | Island Enhancement Tax | 1.68 | |
| 17/07/13 | Service Charge | 10.50 | |
| 17/07/13 | VAT 10% | 8.40 | |
| 18/07/13 | Room Charge | 84.00 | |
| 18/07/13 | Island Enhancement Tax | 1.68 | |
| 18/07/13 | Service Charge | 10.50 | |
| 18/07/13 | VAT 10% | 8.40 | |
| 19/07/13 | Room Charge | 84.00 | |
| 19/07/13 | Island Enhancement Tax | 1.68 | |
| 19/07/13 | Service Charge | 10.50 | |
| 20/07/13 | Room Service | 8.40 | |
| | Room# 00455 : CHECK# 345 | 10.87 | |
| 20/07/13 | Room Charge | 84.00 | |
| 20/07/13 | Island Enhancement Tax | 1.68 | |
| 20/07/13 | Service Charge | 10.50 | |
| 20/07/13 | VAT 10% | 8.40 | |
| 21/07/13 | Calypso Restaurant | 59.82 | |
| | Room# 12215 : CHECK# 1038 | | |
| 21/07/13 | Emerald Mist Spa | 49.00 | |
| | Room# 12215 : CHECK# 0000 | | |
| 21/07/13 | Room Charge | 84.00 | |
| 21/07/13 | Island Enhancement Tax | 1.68 | |
| 21/07/13 | Service Charge | 10.50 | |
| 21/07/13 | VAT 10% | 8.40 | |
| 22/07/13 | Calypso Cafe | 8.02 | |

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201


EXHIBIT
Cunliffe
3   5/30/18

MI - 00086

ᑢ
## ST. KITTS
### RESORT
& THE ROYAL BEACH CASINO

### Marriott.

Veronica Browne-Mulvaney
463 East 56 St
Brooklyn NY 11203
United States

INFORMATION INVOICE

Company Name    :

| | | |
|---|---|---|
| Room No. | : | 12215 |
| Arrival | : | 17/07/13 |
| Departure | : | 28/07/13 |
| Page No. | : | 2 of 2 |
| Folio / Inv. | : | / |
| Conf. No. | : | 81838062 |
| User ID | : | DGILB346 |
| Cashier No. | : | 1061 |

Thank you for staying with us

22/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 22/07/13 | Room# 12215 : CHECK# 2161<br>S&P Engineer Hosp<br>Guest had leak in room and fell, credit was done for<br>taxi fees and hospital and bandaid | | 72.06 |
| | | 650.61 | 72.06 |
| | Balance | | 578.55 USD |

**Signature**

Should you have any questions concerning your account, please contact our Front Office Manager at
mhrs.skbrb.fom@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used
by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the
country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466 1200 Fax 869/466-1201

MI - 00087

# ST. KITTS
## RESORT
### & THE ROYAL BEACH CASINO

## Marriott.

Vero nica Browne-Mulvaney
463 æEast 56 St
Broo⊞dyn NY 11203
United States

INFO RMATION INVOICE

Company Name   :

| | | |
|---|---|---|
| Room No. | : | 00455 |
| Arrival | : | 17/07/13 |
| Departure | : | 28/07/13 |
| Page No. | : | 1 of 1 |
| Folio / Inv. | : | / |
| Conf. No. | : | 81838062 |
| User ID | : | KWARN393 |
| Cashier No. : | | 1015 |

Thank you for staying with us

18/07/13

| Date | Description | Charges USD | Credits USD |
|---|---|---|---|
| 17/07/1 3 | Room Charge | | |
| 17/07/1 3 | Island Enhancement Tax | 84.00 | |
| 17/07/1 3 | Service Charge | 1.68 | |
| 17/07/1 3 | VAT 10% | 10.50 | |
| | | 8.40 | |
| | | 104.58 | 0.00 |
| | Balance | 104.58 USD | |

**Signature** _____

Should yo u have any questions concerning your account, please contact our Front Office Manager at
mhrs.skbrb.fon@marriotthotels.com or by dialing our Toll Free number 1-866-847-1139.

Please note that international credit cards are subject to exchange rates that may vary slightly from the one used
by the hotel at checkout. In addition, some credit card companies may charge a fee for card use outside of the
country of origin.

Please also observe that we do not accept personal checks to settle the bill.

Royal St. Kitts Beach Resort Limited
TIN: 00130695
858 Zenway Blvd, Frigate Bay, St. Kitts, BWI
Tel 869/466-1200 Fax 869/466-1201

MI - 00088

Case 1:14-cv-05960-NG-RLM   Document 54-4   Filed 10/20/17   Page 1 of 16 PageID #: 710















The St. Kitts Marriott Resort and Royal Beach Casino warmly welcomes you to the twin island Federation of St. Kitts and Nevis. Nestled in a true tropical setting between the Atlantic Ocean and Caribbean Sea, St. Kitts is the ideal vacation spot.

At the St. Kitts Marriott Resort and the Royal Beach Casino, our goal is to make your stay a most enjoyable experience. Whether you are here to enjoy our beaches or explore our lush rainforest, our beautiful resort and dedicated staff are here to accommodate you.





## TABLE OF CONTENTS

| | |
|---|---|
| Pg 1 | Welcome |
| Pg 5 | Discover St. Kitts |
| Pg 7 | Hotel Services |
| Pg 7 | Weddings & Business Center |
| Pg 9 | Safety/Housekeeping |
| Pg 11 | Phone Calls |
| Pg 11 | Resort Amenities |
| Pg 12 | Restaurants |
| Pg 15 | Activities |









You are about to embark on a "Voyage of Discovery." Whether for business or pleasure, the twin island Federation of St. Kitts & Nevis offers much to see and do during your stay. You may not have realized it at the time, but you first began your voyage when you selected St. Kitts - the last undiscovered Caribbean Island - for your vacation.

A compass won't be required today, but our property map might be helpful as you continue your exploration throughout our grand facility. Just as Columbus saw so many years ago, you too will see glimpses of the colorful history, culture, music and cuisine that continue to entice weary travelers to our shores.

Our Caribbean hideaway boasts a friendly and knowledge-able staff here at the St. Kitts Marriott Resort and The Royal Beach Casino who are ready to assist with your every need. We appreciate your business and want you to come back to spend your "treasured time" and hard-earned "pirate bounty" with us!





CHOCOLATE COLOR
DIAMONDS

### KAY'S
### FINE JEWELRY
*"Luxury with a Family Touch"*
ARUBA  ST KITTS  ST MAARTEN

**ST. KITTS**
Building #29 • Unit #1
Port Zante, Basseterre
Tel: 1-869-466-4058

**Marriott Resort & Royal Beach Casino**
858 Frigate Bay Rd.
Frigate Bay, St.Kitts
Tel: 1-869-466-7108

E-mail: kaysakb@sustanslev.kn • www.kaysfinejewelry.com
Friend us on Facebook; KFJ Caribbean

Prestigious island living has arrived . . .



### B Kassab & Associates
### Real Estate Services

Sale of Homes, Condos, Villas,
Land, Commercial Property

◆

Vacation Rentals

◆

Property Management

◆

Citizenship Investments

Princes Street, St. Kitts, West Indies
**Tel:** (869) 466-6341 . **Fax:** (869) 466-6340
**Email:** sales@bkassab.com . **Website:** bkassab.com



## Welcome & Enjoy Your Stay!
### St. Kitts Marriott Resort & The Royal Beach Casino

Strategically located in the Frigate Bay area, our Resort is situated on the Atlantic Beach with a 10 minute walk taking you to the Caribbean Sea. The view of a meandering South East Peninsula relaxes you as you lie on the Atlantic beach. Picturesque mountains border the western side of our Resort, confirming that you are definitely in the Caribbean.

In addition to these treasures, we boast 3 pools, 4 lighted tennis courts, exceptional recreational facilities and activities, a kids club and two fitness centers and spa

For those who brought "Lady Luck" with them, try your hand at our casino games or on our 18 hole championship golf course

### WEDDINGS & BUSINESS CENTER
#### Concierge/Guest Services
Our professional and friendly concierge staff is always happy to assist you. For general information on St. Kitts & Nevis, recommendations on what to see and do, restaurants, nightlife and other activities, please **dial 7800/7802** or visit our Guest Services desk in the main lobby

#### Weddings
Imagine your wedding day, that perfect beach setting, the majestic mountains in the distance, turquoise waters gently caressing the golden sand between your toes and a faithful trade wind blowing gently like a kiss. Our team of wedding professionals can make your wedding dreams come true. **Dial 0** (At Your Service) and ask to be transferred to our Certified Wedding Coordinator for more information on our wedding packages

### SAFETY/HOUSEKEEPING
#### Guest Services
Your in-room Guest Services Directory contains a full list of the guest services provided by the hotel or you may **dial 0** (At Your Service) for more information

St. Kitts Marriott



**ONE INVESTMENT**
**MANY HAPPY RETURNS**

Christophe Harbour Windermere Villa Price Club

- STREAMLINED CITIZENSHIP-BY-INVESTMENT OPPORTUNITIES
- WATER VIEWS FROM $400,000
- MEMBERSHIP AT THE CHRISTOPHE HARBOUR CLUB
- CONCIERGE AND MANAGEMENT STAFF

**CHRISTOPHE HARBOUR**
ST. KITTS

869.466 8738
info@ChristopheHarbour.com

CLAIM YOUR SHARE OF CARIBBEAN BLISS.



More **Roaming**
More Stories

"..OMG the water is amazing.. sending you the pic now.."

Digicel

### Room Key
Your room number is not marked on your key for your protection. Additional keys can be obtained at the front desk. Proper identification is required

### Safety Deposit Boxes
Boxes are available in your room or at the Front Desk without charge

### Lost and Found
To report lost and found items please **dial 0** (At Your Service).

### Doctor on Call
Medical staff is on call 24 hours a day. Should you require medical assistance, please **dial 0** (At Your Service). Information on each doctor is available from our Guest Services desk

### Room Cleaning
Rooms are serviced between 8:30am and 4:30pm. If you wish to have your room serviced at another time, please confirm this time by **dialing 0** and advise our At Your Service agent

### Laundry
Full service laundry is available. Items sent to the laundry by 9:00am will be returned to your room by 5:30pm, seven days a week. **Dial 0** (At Your Service) for pick up or drop off at the front desk.

## PHONE CALLS
### Long Distance
Staying in touch is important. Please check your Guest Services Directory or **dial 0** (At Your Service) for information on access charges.

### Collect Calls
For collect calls, please **dial 9 + 0 + Area Code + Number**. Note: Collect calls are not free. Please see tent card in your room for pricing



**SHIPWRECK**

TEL. 869.764.7200

St. Kitts Marriott    9



**Weekly Events at the**
**t. Kitts Marriott Resort**
**For reservations please dial 7800**
Ask about our 'Kids Eat For FREE' special!

*blu*

'Down By The Sea'
Featuring Fresh Lobster
**Every Monday**
**from 6-10 pm**

*La Cucina*

'La Festa Italiana'
With Live Pasta Stations
**Every Tuesday**
**from 6-10 pm**

*Bohemia*
BEACH POOL BAR

BBQ By The Beach'
Featuring all BBQ Classics
**Every Friday**
**from 6-10 pm**

### Local Calls
For local calls, please **dial 9 + number.** Charges apply

### Wake-up Calls
Our "At Your Service" agent will gladly assit **Dial 0**

### International Calling Cards
For your convenience, International Calling Cards have been made available for purchase in Pronto and can be used from any payphone on property or around the island

### Voicemail
Voicemail is available in every room. Messages are private and recorded to your telephone. To access your voicemail, please press the voicemail button on your telephone.

### Cellular Phones
Keep in touch with your loved ones during your travels around the island. Cellular phones are available for daily rental at the hotel's Guest Services desk located in the lobby level. Please **dial ext. 7800.**

## RESORT AMENITIES
### Car Rental
A car rental desk is located in our Business Center. Please **dial 7801** for more information.

### Business Center
Located on the lobby level, the fully-equipped Business Center has everything you need to stay in touch and get your work done efficiently. Send and receive faxes, make copies, access your e-mail or surf the web. Business Center is open 24/7 for these and any other business needs. **Dial 0** for further information.

### Fitness Center
Our Fitness Center features daily spinning and other classes, treadmills, free weights and body building apparatus. For a minimal fee, a personal trainer is available to you. Our 24 hour access fitness center is free to all guests. We have two locations, on the ground floor adjacent to the Emerald Mist Spa and on the ground level below the Business Center.

### Spa
Body and facial treatments, manicures, pedicures and hair services are all available at our Emerald Mist Spa. Professional masseurs offer a variety of massage therapy guaranteed to relax anyone. Please **dial ext. 7630** for additional information

### Shops
Conveniently located on our Lobby Level, you'll find a Sundries & Gift Shop, International Clothing Boutiques, Jewelry Shops and much more.

**Kay's Fine Jewelry** located in the Lobby Level, carries Tag Heuer, Chopard, Pandora, Gucci, Swarovski, Piaget, Hublot, Mikimoto and lots of Diamond and Colored Diamond Jewelry. See ads on pages 2, 6 and 16

St. Kitts Marriott        11



## RESTAURANTS

The St. Kitts Marriott Resort features a variety of restaurants to fit your expectations. Feast on national and international cuisine prepared to satisfy your every fancy. For reservations or more information, please dial ext 7800/7802.

### Calypso Restaurant
Serving breakfast and lunch. Bountiful breakfast buffet delights even the most demanding palates. No reservations necessary.

### La Cucina
Experience authentic Italian cuisine as you enjoy the chefs preparing all dishes using only the freshest ingredients. Open for dinner from 6:00pm. Join us on Tuesdays for the ultimate family feast 'La Festa Italiana' with pasta stations. Reservations are recommended.

### Royal Grille Steakhouse
A classic steakhouse offering mouth-watering beef and seafood cooked to your preference in our open kitchen. Whatever the occasion, the "Grille" is the perfect choice. Dress code is resort elegant and reservations are recommended.

### Pizza Shack
Take a moment to sit back and enjoy our unique menu while you feel the cool breeze of the Atlantic Ocean soothe your mind. The open-air atmosphere will allow you to stir up some fun or easily wind down from an exciting day.

### Café Calypso
Enjoy flavored coffee, espresso, sandwiches, snacks and pastries daily at the café, located at the entrance to Calypso. Serving breakfast, lunch and late night dinner. Dine in or take out. Open daily from 6 am.

### Blu
Dine from a selection of seafood while enjoying the panoramic views of the Atlantic Ocean. Join us on Mondays for 'Down By The Sea'. Hear the sounds of the ocean and listen to the steel pan while you indulge in a three course dinner including grilled lobster. Reservations are recommended.

### Bohemia Beach Bar & Grille
With its swim-up bar and calypso music, Bohemia is the place to see and be seen. Cool down with a cocktail while you indulge in jerk-style chicken wings, an island sandwich or a traditional burger. Join us on Fridays for 'BBQ By The Beach'

### Lobby Bar
The Lobby Bar provides just the right ambience to gather with friends or make new ones over cocktails and freshly prepared sushi.

### The Keys Rum and Cigar Bar
The sweet aroma of tobacco, its sleek bamboo wood decor and the diffused lighting are exactly what you would expect to find in this classic, sophisticated cigar bar

### The Golf Clubhouse Grille
Located at the Royal St. Kitts Golf Club, guests can toast to their success on the greens with frosty beers, soft drinks and lemonade. Open for lunch, serving towering burgers and other fare

### Room Service
Snack or dine in the comfort of your room. Room service is available from 6 am to midnight. To place your order, please dial 0.



## Waterfalls Restaurant



**Tel: 869.465.2754**
**Ext. 230**

A fabulous romantic setting, surrounded by lush tropical gardens and a panoramic view of Basseterre, offering a culinary experience that is a feast for the senses. Our chef welcomes you to discover his menu creations, described as "Art On a Plate." Waterfalls offers the choice of an outdoor veranda setting or for private engagements, an air-conditioned dining room. For reservations, contact **waterfalls@oceanterraceinn. om.** Need a cocktail before dinner? Visit **Fisherman's Wharf,** nly a 2 minute walk from the Waterfalls Restaurant, offers he only dining experience on the water. You may be tempted o try their renowned local seafood dishes grilled to perfection. Open daily from 6.30pm **Tel: 465-2754.**





St. Kitts Marriott



**ROYAL ST. KITTS**

Nestled between the Caribbean Sea & Atlantic Ocean 18-Holes of Freedom Awaits You

**TO BOOK YOUR TEE TIME PLEASE DIAL 7604**

## ACTIVITIES

A daily activities program can be found in our daily newsletter In addition to our breathtaking Atlantic-side beach, we offer a full agenda of daily activities, including water aerobics and water volleyball, tennis, dance lessons and pottery painting On days when we experience "liquid sunshine" (rain), indoor activities are arranged

### Golf

Enjoy our challenging 18 hole, par-71 layout year-round. This "links-style" golf course has five par 3s with three full holes on the Atlantic Ocean and two full holes with view of the Caribbean Sea. The golf course is spread over 125 acres of irrigated lush seashore paspalum, an advanced hybrid turf grass, specifically designed to tolerate the salty ocean spray. The Royal St. Kitts Golf Club is sure to test your skills, while stimulating all your senses during a golf experience you will never forget. The following amenities are available: Golf Pro Shop, Club and Shoe Rental, Practice Facility, Private Instructions (available by appointment) Please **dial ext. 7600.**

### Tennis

Tennis anyone? A Tennis Pro is on hand to offer lessons or arrange matches on any of our resort's four courts. For more information, please contact our activities center at Please **dial ext. 7806**

### Royal Beach Casino

Come play in Paradise.  The Royal Beach Casino offers a full compliment of table games as well as over 400 slot machines Join our exclusive Caribbean Advantage Jewel Player's Club and earn rewards as you play. Please **dial ext. 7285**

### Kids Club

An educational and entertaining program designed for kids from 5 to 12 years old. Sign up for a fun-filled day of activities, such as games, contests, handicrafts, painting and much more. Full day participants receive lunch; half-day options are available including a snack; evening programs include dinner. A sign up fee applies and discounts available for siblings. Please **dial ext. 7809/7806.**

St. Kitts Marriott   15







Case 1:14-cv-05960-NG-RLM Document 14-4 Filed 10/24/17 Page 13 of 16 PageID #: 722





MARRIOTT **RESORT**
ST KITTS
THE ROYAL BEACH CASINO

RESORT MAP &
RESTAURANT GUIDE

858 Frigate Bay Road | Frigate Bay | St. Kitts | West Indies
Tel: 1.869.466.1200 | Fax: 1.869.466.1201
www.stkittsmarriott.com

## BLU SEAFOOD RESTAURANT

Enjoy a true dining experience at our renowned St. Kitts restaurant, featuring the freshest seafood, creatively prepared, using local and international inspiration in a stunning atmosphere with 180 degree panoramic ocean views.
*Open from 6-10 pm*



## ROYAL GRILLE STEAKHOUSE

Warm and sophisticated, this "city-style" steakhouse serves succulent cuts of beef and seafood, along with an international wine list.
*Open from 6-10 pm*

## LA CUCINA ITALIAN RESTAURANT

Specializing in the dishes of Northern Italy, La Cucina delights guests with a beautiful rustic setting and a wide selection of Italian and International wines.
*Open from 6-10 pm*

## CALYPSO RESTAURANT

A popular spot for family dining, Calypso features buffet and a la carte selections emphasizing local ingredients that include fresh fish, fruits and vegetables.
*breakfast: 7 am-11 am*
*lunch: 11 am-2 pm*

## CAFÉ CALYPSO

Enjoy flavored coffee, espresso, sandwiches, snacks and pastries daily at the Café, located at the entrance to Calypso. Serving breakfast, lunch and late night dinner.
*Open daily from 6 am-12 am*

## BOHEMIA BEACH POOL BAR & GRILLE

This casual poolside St Kitts restaurant serves unbeatable salads, burgers, sandwiches and frozen drinks overlooking the beach and ocean. Stay cool at the swim-up bar or under the covered patio.
*Open daily from 10 am - 7 pm*

## LOBBY BAR

Open daily for those looking for a casual dining atmosphere. On select evenings guests will enjoy live entertainment.
Sushi served Wednesday through Sunday from 6-9.30 pm.
*Open daily 4 pm-12 am*

## PIZZA SHACK

Keep it casual with homemade pizza and ice cream served at this outdoor patio restaurant.
*Open daily from 12-10 pm*

## THE GOLF CLUBHOUSE GRILLE

Located at the Royal St. Kitts Golf Club, guests can toast to their success on the greens with frosty beers, soft drinks and lemonade. Open for lunch, serving towering burgers, sandwiches and other fare.
*Open daily from 7 am-6 pm*

**For reservations, please contact the Guest Services Desk at extensions 7800 or 7802.**

*The opening hours may change seasonally. Please contact Guest Services at extensions 7800 or 7802 to confirm the opening hours during your stay.*



# HELPFUL TIPS & FRIENDLY REMINDERS

## MARRIOTT'S ST. KITTS BEACH CLUB

### AT YOUR SERVICE

Dial '0" at anytime for assistance from our At Your Service Team.

### BARBECUE GRILL

These are located adjacent to the South pool next to the Palmetto Building. Available for your enjoyment 24 hours daily.

### BEACH CABANAS/ LOUNGE CHAIRS

Complimentary cabanas and lounge chairs are available on the beach. No reservations required

### CASHLESS PROPERTY

Charges can either be done via credit cards or to the villa. Cash is not accepted at the outlets on property

### CASINO

The casino is located in the main building adjacent to the lobby.

### CHECKOUT TIME

Checkout Time is 10:00a.m. The Front Office can assist you with storing your luggage. The Emerald Mist Spa offers complimentary use of the shower and sauna. Reservations are required.

### CREDIT& DEBIT CARD USE

If you provided the Front Desk with a debit card for room/tax incidentals, there will be an authorization placed on the card.

- The resort processes this authorization to verify the available funds to enable you to charge to your villa.
- This authorization will remain on your debit card for 10 days past checkout.

### DVD RENTALS

DVD'S are available for your viewing entertainment at the **Island Adventure Activities Club** between the hours of 10:00 am - 4:00 pm. Located on the left of the Brimstone building in the Basseterre building

### FITNESS CENTER

Open 24 hours with gym key. The villa key will not work at the fitness center's entrance. The Front Desk will be able to

### HOUSEKEEPING SERVICES

All Owners and Exchangers are entitled to one complimentary mid week tidy service. Renters are entitled to daily service. There are 2 additional services available for your convenience. Full Service and Tidy Service. Special rates apply. Please dial '0' for details

### ICE MACHINE

Ice machines are located on the first floor of the Jessup House, Camp Bay House, Trinity House and Turtle Bay House.

### INTERNET ACCESS

Complimentary Wireless Internet Access if offered in the villa as well as in the Public spaces.

To connect while in the room select **Marriott Guest WI-FI**. Choose the option I have a passcode then enter passcode as follows. OWNERPASS

To connect while in the public area select **Marriott Lobby WI-FI**. Enter your first and last name where applicable then click the connect tab.

### MARRIOTT REWARDS STATUS

We welcome all Marriott Rewards members to the St. Kitts Beach Club. We would like to advise you that there are significant differences between the benefits offered at Marriott Hotels vs. Marriott Vacation Clubs. Please consult the Elite Benefits guide on-line.

### POOL TOWELS

Pool Towel Exchange service is offered by our Housekeeping Team. Just dial '0' and we will deliver your pool towels. The Pool Towels cannot be exchanged at the Towel Hut.

### TELEPHONE CALLS

Rates apply for local and international calls. Dial '0' for details.

### TRASH REMOVAL

Trash bins are located on the first floor of each villa building.