# BLOCK O'TOOLE & MURPHY, LLP
## ATTORNEYS AT LAW

One Penn Plaza, Suite 5315
New York, NY 10119
Tel: (212) 736-5300  Fax: (212) 971-9840
www.blockotoole.com

**New Jersey Office**
116 Village Boulevard
Suite 200
Princeton, NJ 08540

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher
Scott Occhiogrosso

**Senior Counsel**
Frederick C. Aranki

**Associates**
Michael J. Hurwitz
Christina Mark*
Romina Tominovic
Daniel Seiden

**Of Counsel**
George A. Freitag
Javier A. Solano
Ravi Sattiraju
Edward V. Sapone

January 22, 2018

United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201
Attention: Honorable Nina Gershon

     Re: Brown v. Marriott International Inc.
       Civil Case No.: 1:14-cv-5960 (SLT)
       Our File No. 4295

Dear Hon. Gershon:

  The parties submit this joint letter to respectfully request a temporary stay of this matter. We are pleased to report that the parties have entered into a fully executed written agreement to resolve all of these claims via private, binding arbitration, which has been scheduled to take place on April 2, 2019. The arbitration is being held before Retired New York State Supreme Court Justice John DiBlasi at the offices of National Arbitration and Mediation ("NAM") in Manhattan.

  We therefore respectfully request that Your Honor stay this case, including the pending motion practice, until the date of the arbitration. Immediately following the arbitration, the parties intend to discontinue this action with prejudice. We ask for a stay, rather than outright discontinuance at the time, just in the highly unlikely event that some unforeseen event prevents arbitration from proceedings as currently scheduled. We fully anticipate, however, that this case will require no further litigation and will be discontinued as soon as the arbitration is held.

*Senior Associate, Appellate and Motion Practice

**BoM BLOCK O'TOOLE & MURPHY, LLP**
A T T O R N E Y S   A T   L A W

One Penn Plaza
Suite 5315
New York, New York 10119

---

Thank you for your time and consideration. We await further instruction from the Court.

Respectfully submitted,

David L. Scher

DLS/ic

Cc:   WADE CLARK MULCAHY, LLP
      Attorneys for Defendant(s)
      MARRIOT INTERNATIONAL INC.
      180 Main Street, 9th Floor
      New York, NY 10038