# Block O'Toole & Murphy, LLP
## ATTORNEYS AT LAW

One Penn Plaza, Suite 5315
New York, NY 10119
Tel: (212) 736-5300  Fax: (212) 971-9840
www.blockotoole.com

**New Jersey Office**
116 Village Boulevard
Suite 200
Princeton, NJ 08540

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher
Scott Occhiogrosso

**Senior Counsel**
Frederick C. Aranki
Michael J. Hurwitz

**Associates**
Ameer Benno
Christina R. Mercado*
Romina Tominovic
Daniel Seiden

**Of Counsel**
George A. Freitag
Javier A. Solano
Ravi Sattiraju
Edward V. Sapone
Thomas D. Gearon

April 29, 2019

United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201
Attention: Honorable Nina Gershon

Re: Brown v. St. Kitts Marriott Resort and the Royal Beach Casino et al.,
Docket No.: 1:14-cv-05960-NG-RLM
Our File No.: 4295

Dear Honorable Gershon,

Please accept this joint status letter, which is due on May 2nd per this Court's last order. The binding arbitration of this case was held, as expected, on April 2nd 2019. We continue to await the arbitrator's written decision, which we expect to receive very shortly. As soon as that decision is received, we will execute releases and any other necessary documents and effectuate the settlement of this case, at which point this within lawsuit will be discontinued.

We appreciate the Court's patience, as we would like to keep this lawsuit "stayed" until this case is actually settled. We respectfully request that the Court provide a new deadline for a joint status letter. Of course, we will immediate notify the Court and discontinue this action as soon as it is resolved, which would hopefully be prior to the next joint status letter deadline. Thank you for your time and attention to this matter.

Very truly yours,

DAVID L. SCHER

*Senior Associate, Appellate and Motion Practice