# BLOCK O'TOOLE & MURPHY, LLP
## ATTORNEYS AT LAW

One Penn Plaza, Suite 5315
New York, NY 10119
Tel: (212) 736-5300  Fax: (212) 971-9840
www.blockotoole.com

**New Jersey Office**
116 Village Boulevard
Suite 200
Princeton, NJ 08540

**Partners**
Jeffrey A. Block
Daniel P. O'Toole
Stephen J. Murphy
S. Joseph Donahue
David L. Scher
Scott Occhiogrosso

**Senior Counsel**
Frederick C. Aranki
Michael J. Hurwitz

**Associates**
Christina R. Mercado*
Daniel Seiden
Ameer Benno
Pawel P. Wierzbicki

**Of Counsel**
George A. Freitag
Javier A. Solano
Ravi Sattiraju
Edward V. Sapone
Thomas D. Gearon

July 24, 2019

Honorable Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    **Brown v. St. Kitts Marriott Resort and the Royal Beach Casino, et al.**
                  **Docket No.: 1:14-CV-05960-NG-RLM**
                  **File No. 4295**

Dear Honorable Judge Mann:

Please be advised that this matter was arbitrated and the arbitration decision was rendered

As such, this matter is now settled and plaintiff is ready to discontinue this lawsuit.

Respectfully submitted,

David L. Scher

*Senior Associate, Appellate and Motion Practice